# EXHIBIT C

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-822-469**

Effective date of registration:

April 16, 2014

## Title
- **Title of Work:** LivePerson Visitor Monitoring Module

## Completion/Publication
- **Year of Completion:** 2014
- **Date of 1st Publication:** January 29, 2014
- **Nation of 1st Publication:** United States

## Author
- **Author:** LivePerson, Inc.
- **Author Created:** computer program
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Domiciled in:** United States

## Copyright claimant
- **Copyright Claimant:** LivePerson, Inc.
  475 10th Avenue, 5th Floor, New York, NY, 10018-9722, United States

## Limitation of copyright claim
- **Material excluded from this claim:** Apache Velocity & JAVA
- **New material included in claim:** computer program

## Rights and Permissions
- **Organization Name:** Honigman Miller Schwartz and Cohn LLP
- **Name:** Jennifer Sheehan Anderson
- **Email:** tmdocketing@honigman.com
- **Telephone:** 734-418-4278
- **Address:** 130 S. First Street
  4th Floor
  Ann Arbor, MI 48104-1386 United States

## Certification

**Name:** Jennifer Sheehan Anderson
**Date:** April 16, 2014
**Applicant's Tracking Number:** 234337-346883



**Registration #:** TX0007822469
**Service Request #:** 1-1363342593



Honigman Miller Schwartz and Cohn LLP
Jennifer Sheehan Anderson
130 S. First Street
4th Floor
Ann Arbor, MI 48104-1386  United States