# EXHIBIT C

  

Customer Engagement for Service and Sales



# Introducing [24]7 Assist – Finally, a Smart Chat that Drives Sales and Satisfaction Outcomes

Jan 22, 2013 | News | PV Kannan

Today we're proud to announce [24]7 Assist, the industry's first smart chat that uses prediction and real-time decisioning with big data to drive customer experience. [24]7 Assist enables companies to predict in real-time which customers to target for live chat service in order to drive the best outcomes for both customers and companies.

Back in the early 90s, I was one of the first to invent chat for customer service and sales operations. Recently, I started looking into chat and I was shocked to find that companies were using the same old chat platforms from the 90's. That was a fundamental problem. Now in 2012 and 2013 we've seen big data, mobile, and social surge in importance, and obviously these antiquated chat platforms don't take advantage of any of those.

So we set out to bring big data, mobile and social to the context of a consumer chat solution. We started to observe what customers were doing and text-mined all the conversations. Currently [24]7 handles millions of chats a year, and by looking at the interactions we can clearly see the users' frustration with the platform. Then we interviewed agents and our clients as well, and the overall consensus was to focus more on outcomes rather than generating more chats. For their part,

Our Point of View

Management Team

Board of Directors

News & Events ▶

Blog ▶

Careers

Contact Us

## Blog Archive

01/2015 (2)
12/2014 (4)
11/2014 (2)
10/2014 (3)
09/2014 (3)
08/2014 (5)
07/2014 (2)
06/2014 (2)
05/2014 (2)
04/2014 (2)

1    2    3    next ›    last »

 Blog

Omnichannel + Prediction = 3 CRM

Dec 20, 2013

© 2015 24/7 CUSTOMER, INC.   [24]7 OWNERSHIP & LEGAL   PRIVACY POLICY   CAREERS

companies want to drive more revenue and solve problems for consumers. So we set out to build a chat solution that leverages the predictive capability of our predictive experience platform. We used the real-time capability to actually intervene with the customer in the midst of their web visit so we can guide them to the outcome that they want, either making a purchase or getting service. That is the outcome that companies want as well, revenue and customer satisfaction.

For [24]7, measurement against outcomes is key, and when we replace any client's existing chat platform from the 90s, the first thing they see is a 2X increase in chat sales revenue and at least a 10% increase in customer satisfaction.

One of the fundamental innovations with [24]7 Assist is pricing tied to outcomes. What we've done at [24]7 is to create a business model where we've got "skin in the game." [24]7 only gets paid when there are results. Whether those are sales results, service resolution results, or customer satisfaction results, it is up to our client. We are successful when our clients are successful. That's the best business partnership.

For consumers, we really do want to make it simple to connect with companies and get anything done. The experience consumers have with [24]7 Assist is fast, predictive, and relevant. So consumers really do enjoy the total experience, and that's reflected in the customer experience evaluations. [24]7 Assist was designed with agents for agents to make it an intuitive and collaborative solution. The ultimate result is that it fundamentally helps agents to transform the customer experience and drive sales and customer satisfaction. We've come a long way since the 90s.

Read More »

Customer Engagement for Service and Sales



George Shaheen, Former CEO at Siebel Systems, Inc., talks about Customer Experience Differentiation

## Add new comment

Your name *

E-mail *

The content of this field is kept private and will not be shown publicly.

Subject

© 2015 24/7 CUSTOMER, INC.    [24]7 OWNERSHIP & LEGAL    PRIVACY POLICY    CAREERS

Case 4:17-cv-01268-JST   Document 50-3   Filed 02/04/15   Page 4 of 4



Comment:

SAVE