# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
Attorneys and Counselors

Roger P. Meyers
(313) 465-7468
Fax: (313) 465-77469
rmeyers@honigman.com

May 9, 2016

**VIA ELECTRONIC CASE FILING**

The Honorable Robert W. Sweet
United States District Judge
United States District Court for the Southern District of New York
500 Pearl St. Rm. 1920
New York, New York 10007-1312

Re:  *LivePerson, Inc. v. 24/7 Customer, Inc.*, Case No. 14-cv-01559-RWS
SUPPLEMENTAL LETTER BRIEF RE: LIVEPERSON, INC'S MOTION TO COMPEL PRODUCTION FROM RELEVANT CUSTODIANS AND FOR IDENTIFICATION OF WITNESSES

Dear Judge Sweet:

Plaintiff LivePerson, Inc. ("LivePerson") respectfully submits an update on developments since briefing was completed on the referenced motion. That motion seeks two separate types of relief: production of documents, and identifying information about potential witnesses. Dkt. 111. This letter addresses the latter.

This morning, counsel for Defendant 24/7 Customer, Inc. ("[24]7") sent an email, attached here as Exhibit A, by which [24]7 provided a portion of the identifying information sought by the motion. Specifically, [24]7 has finally provided—nearly six weeks after LivePerson's most recent request, and more than a year after LivePerson's interrogatories first sought the information—the employment status of the individuals about whom LivePerson inquired.

[24]7 has refused, however, to provide the last known locations of roughly two thirds of these individuals. For 10 current employees, it provided only a state or (in one instance) country. For the former employees, [24]7 provided no location information at all—not even their last locations known to [24]7 or forwarding addresses, which [24]7 surely has. Thus, it remains clear that [24]7 intends to obstruct even the most routine discovery until and unless the Court intervenes.

Very truly yours,
HONIGMAN MILLER SCHWARTZ AND COHN LLP

/s/ Roger P. Meyers (admitted pro hac vice)
Counsel for Plaintiff LivePerson, Inc.