| | |
|---|---|
| | |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| 24/7 CUSTOMER, INC. and 24/7 CUSTOMER INTERNATIONAL HOLDINGS, LTD.,<br><br>    Plaintiffs,<br><br>v.<br><br>LIVEPERSON, INC.,<br><br>    Defendant. | Civil Action No. 3:15-CV-02897-JST (KAW) (Lead Case)<br>Civil Action No. 3:15-CV-05585-JST (KAW)<br><br>**[PROPOSED]** ORDER CHANGING DATE OF CASE MANAGEMENT CONFERENCE<br><br>Date: July 5, 2017<br>Time: 2:00 p.m.<br>Place: Courtroom 9, 19th Floor<br>Judge: Hon. Jon S. Tigar |
| LIVEPERSON, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>24/7 CUSTOMER, INC.,<br><br>    Defendant. | Civil Action No. 3:17-cv-01268-JST<br><br>**[PROPOSED]** ORDER CHANGING DATE OF CASE MANAGEMENT CONFERENCE<br><br>Date: July 5, 2017<br>Time: 2:00 p.m.<br>Place: Courtroom 9, 19th Floor<br>Judge: Hon. Jon S. Tigar |

[PROPOSED] ORDER CHANGING DATE

3:15-CV-02897-JST (KAW)
3:15-CV-05585-JST (KAW)
3:17-CV-01268-JST

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management Conference for Case Nos. 3:15-cv-02897, 3:15-cv-05585, and 3:17-cv-01268 scheduled for July 5, 2017 is continued to July 12, 2017 at 2:00 p.m., and that the deadline to file the Case Management Statement is moved to July 5, 2017.

Dated: June 28, 2017

Hon. Jon Tigar
United States District Court
Northern District of California