| | |
|---|---|
| Michael W. De Vries (State Bar No. 211001)<br>michael.devries@kirkland.com<br>Sharre S. Lotfollahi (State Bar No. 258913)<br>sharre.lotfollahi@kirkland.com<br>KIRKLAND & ELLIS, LLP<br>333 South Hope Street<br>Los Angeles, CA 90071<br>Telephone: 213-680-8590<br><br>Adam R. Alper (State Bar No. 196834)<br>adam.alper@kirkland.com<br>Robert Nai-Shu Kang (State Bar No. 274389)<br>robert.kang@kirkland.com<br>James W. Beard (State Bar No. 267242)<br>james.beard@kirkland.com<br>KIRKLAND & ELLIS, LLP<br>555 California Street<br>San Francisco, CA 94104<br>Telephone: 415-436-1500<br><br>Joshua L. Simmons (pro hac vice)<br>joshua.simmons@kirkland.com<br>KIRKLAND & ELLIS, LLP<br>601 Lexington Ave.<br>New York, NY 10169<br>Telephone: 212-446-4800<br><br>*Attorneys for LIVEPERSON, INC.* | Darin W. Snyder (State Bar No. 136003)<br>dsnyder@omm.com<br>Mark E. Miller (State Bar No. 130200)<br>markmiller@omm.com<br>Geoffrey H. Yost (State Bar No. 159687)<br>gyost@omm.com<br>Alexander B. Parker (State Bar No. 264705)<br>aparker@omm.com<br>Anne E. Huffsmith (Stat Bar No. 236438)<br>ahuffsmith@omm.com<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111-3823<br>Telephone: (415) 984-8700<br>Facsimile: (415) 984-8701<br><br>*Attorneys for 24/7.ai, INC.* and *24/7 CUSTOMER INTERNATIONAL HOLDINGS, LTD.* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LIVEPERSON, INC.,<br><br>   Plaintiff,<br><br> v.<br><br>[24]7.ai, INC.<br><br>   Defendant. | Case No. 3:17-CV-01268-JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING REGARDING [24]7'S MOTION TO REDUCE THE NUMBER OF TRADE SECRETS** |

**STIPULATION AND [PROPOSED] ORDER**

Pursuant to Local Rules 6-1 and 6-2, the parties to the above-captioned actions, LivePerson, Inc. ("LivePerson") and [24]7.ai, Inc. and 24/7 Customer International Holdings (collectively, "[24]7") (together, the "Parties"), hereby jointly and respectfully move the Court to issue an order extending the deadline for filing and service of LivePerson's opposition to [24]7's Motion to Reduce the Number of Trade Secrets (Dkt. No. 338) from February 20, 2018 to February 26, 2018 at 5 p.m. The Parties also move the Court to extend the deadline for filing and service of [24]7's reply brief from February 27, 2018 to March 8, 2018 at 5 p.m.

As reflected in this Court's Notice Continuing Motion Hearing Date, the Court ordered that "the hearing on the [322] Motion to Reduce the Number of Trade Secrets set for 3/22/2018 [be] continued to 3/29/2018 at 2:00 PM." *See* Dkt. 341, 3:17-cv-01268-JST.

Due to the numerous depositions currently being taken by the Parties and other ongoing discovery issues in the above-captioned litigation, the Parties respectfully submit that there is good cause to extend the deadline for filing and service of the Parties' briefs, particularly as the hearing date on the motion has been extended to March 29, 2018. With this extension, the reply brief will be submitted to the Court three weeks prior to the hearing on March 29, 2018, and it will conform with the Court's February 14, 2018 order that "The parties may file a revised stipulation and proposed order that sets the reply deadline no later than March 8, 2018, at 5:00 p.m."

This modification to the schedule will have no effect on any other deadlines in the above-captioned litigation. A declaration supporting this request is submitted concurrently herewith.

Respectfully submitted,

Dated: February 14, 2018          KIRKLAND & ELLIS LLP

By:    */s/ Michael W. De Vries*
        Michael W. De Vries

Attorneys for Plaintiff
LIVEPERSON, INC.

Dated: February 14, 2018          O'MELVENY & MYERS LLP

By:    */s/ Darin W. Synder*
        Darin W. Synder

Attorneys for Defendant
24/7.AI, INC. AND 24/7 CUSTOMER
INTERNATIONAL HOLDINGS, LTD.

**ATTESTATION**

Pursuant to Local Rule 5-1(i)(3) I hereby attest that concurrence in the filing of this document has been obtained from Darin W. Snyder.

By:    */s/ Michael W. De Vries*
        Michael W. De Vries

Attorneys for Plaintiff
LIVEPERSON, INC.

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 15, 2018

_____
Hon. Jon S. Tigar
United States District Judge