| | |
|---|---|
| Darin W. Snyder (State Bar No. 136003) | Michael W. De Vries (State Bar No. 211001) |
| dsnyder@omm.com | michael.devries@kirkland.com |
| Mark E. Miller (State Bar No. 130200) | Sharre S. Lotfollahi (State Bar No. 258913) |
| markmiller@omm.com | sharre.lotfollahi@kirkland.com |
| Geoffrey H. Yost (State Bar No. 159687) | KIRKLAND & ELLIS, LLP |
| gyost@omm.com | 333 South Hope Street |
| Alexander B. Parker (State Bar No. 264705) | Los Angeles, CA 90071 |
| aparker@omm.com | Telephone: 213-680-8590 |
| Anne E. Huffsmith (State Bar No. 236438) | |
| ahuffsmith@omm.com | Adam R. Alper (State Bar No. 196834) |
| O'MELVENY & MYERS LLP | adam.alper@kirkland.com |
| Two Embarcadero Center, 28th Floor | Robert Nai-Shu Kang (State Bar No. 274389) |
| San Francisco, CA 94111-3823 | robert.kang@kirkland.com |
| Telephone: (415) 984-8700 | James W. Beard (State Bar No. 267242) |
| Facsimile: (415) 984-8701 | james.beard@kirkland.com |
| | KIRKLAND & ELLIS, LLP |
| | 555 California Street |
| *Attorneys for 24/7.ai, INC.* | San Francisco, CA 94104 |
| | Telephone: 415-436-1500 |
| | |
| | Joshua L. Simmons (pro hac vice) |
| | joshua.simmons@kirkland.com |
| | KIRKLAND & ELLIS, LLP |
| | 601 Lexington Ave. |
| | New York, NY 10169 |
| | Telephone: 212-446-4800 |
| | |
| | *Attorneys for LIVEPERSON, INC.* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LIVEPERSON, INC., <br><br> Plaintiff, <br><br> v. <br><br> [24]7.ai, INC. <br><br> Defendant. | Case No. 3:17-CV-01268-JST <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING LIVEPERSON'S OPPOSITION TO [24]7'S MOTION TO REDUCE THE NUMBER OF TRADE SECRETS** |

# STIPULATION AND [PROPOSED] ORDER

Pursuant to Local Rules 6-1 and 6-2, Plaintiff LivePerson, Inc. ("LivePerson") and Defendant [24]7.ai, Inc. ("[24]7") (together, the "Parties") hereby respectfully move the Court to accept the filing of LivePerson's Opposition to [24]7's Motion to Reduce the Number of Trade Secrets and related exhibits, which were filed on February 26, 2018. Dkt. 353. Due to unforeseen logistical issues, LivePerson's Opposition was filed shortly after the 5 p.m. deadline agreed upon by the Parties and ordered by the Court. Dkt. 348.

Respectfully submitted,

Dated: February 27, 2018     KIRKLAND & ELLIS LLP

By:  */s/ Michael W. De Vries*
     Michael W. De Vries

Attorneys for Plaintiff
LIVEPERSON, INC.

Dated: February 27, 2018     O'MELVENY & MYERS LLP

By:  */s/ Darin W. Snyder*
     Darin W. Snyder

Attorneys for Defendants
24/7.AI, INC.

# ATTESTATION

Pursuant to Local Rule 5-1(i)(3) I hereby attest that concurrence in the filing of this document has been obtained from Darin Snyder.

By:    */s/ Michael W. De Vries*
       Michael W. De Vries

Attorneys for Defendant
LIVEPERSON, INC.

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 1, 2018

Hon. Jon S. Tigar
United States District Judge