| | |
|---|---|
| Darin W. Snyder (State Bar No. 136003) | Michael W. De Vries (State Bar No. 211001) |
| dsnyder@omm.com | michael.devries@kirkland.com |
| Mark E. Miller (State Bar No. 130200) | Sharre S. Lotfollahi (State Bar No. 258913) |
| markmiller@omm.com | sharre.lotfollahi@kirkland.com |
| Geoffrey H. Yost (State Bar No. 159687) | KIRKLAND & ELLIS, LLP |
| gyost@omm.com | 333 South Hope Street |
| Alexander B. Parker (State Bar No. 264705) | Los Angeles, CA 90071 |
| aparker@omm.com | Telephone: 213-680-8590 |
| Anne E. Huffsmith (Stat Bar No. 236438) | |
| ahuffsmith@omm.com | Adam R. Alper (State Bar No. 196834) |
| O'MELVENY & MYERS LLP | adam.alper@kirkland.com |
| Two Embarcadero Center, 28th Floor | Robert Nai-Shu Kang (State Bar No. 274389) |
| San Francisco, CA 94111-3823 | robert.kang@kirkland.com |
| Telephone: (415) 984-8700 | James W. Beard (State Bar No. 267242) |
| Facsimile: (415) 984-8701 | james.beard@kirkland.com |
| | KIRKLAND & ELLIS, LLP |
| | 555 California Street |
| *Attorneys for [24]7.ai, INC.* | San Francisco, CA 94104 |
| | Telephone: 415-436-1500 |
| | |
| | Joshua L. Simmons (pro hac vice) |
| | joshua.simmons@kirkland.com |
| | KIRKLAND & ELLIS, LLP |
| | 601 Lexington Ave. |
| | New York, NY 10169 |
| | Telephone: 212-446-4800 |
| | |
| | *Attorneys for LIVEPERSON, INC.* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LIVEPERSON, INC., <br><br> Plaintiff, <br><br> v. <br><br> [24]7.ai, INC. <br><br> Defendant. | Case No. 3:17-CV-01268-JST <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING [24]7'S REPLY IN SUPPORT OF [24]7'S MOTION TO REDUCE THE NUMBER OF TRADE SECRETS** |

STIPULATION REGARDING [24]7'S REPLY
ISO [24]7'S MOTION TO REDUCE THE
NUMBER OF TRADE SECRETS

CASE NO. 3:17-CV-01268-JST

## STIPULATION AND [PROPOSED] ORDER

Pursuant to Local Rules 6-1 and 6-2, Plaintiff LivePerson, Inc. ("LivePerson") and Defendant [24]7.ai, Inc. ("[24]7") (together, the "Parties") hereby respectfully move the Court to accept the filing of [24]7's Reply in Support of [24]7's Motion to Reduce the Number of Trade Secrets and related exhibits, which were filed on March 8, 2018. Dkt. 365. Due to unforeseen logistical issues, [24]7's Reply was filed shortly after the 5 p.m. deadline agreed upon by the Parties and ordered by the Court. Dkt. 348.

Respectfully submitted,

Dated: March 8, 2018    KIRKLAND & ELLIS LLP

By:  */s/ Michael W. De Vries*
Michael W. De Vries

Attorneys for Plaintiff
LIVEPERSON, INC.

Dated: March 8, 2018    O'MELVENY & MYERS LLP

By:  */s/ Darin Snyder*
Darin Snyder

Attorneys for Defendant
[24]7.ai, INC.

# ATTESTATION

Pursuant to Local Rule 5-1(i)(3) I hereby attest that concurrence in the filing of this document has been obtained from Michael W. De Vries.

By:    */s/ Darin W. Snyder*
       Darin W. Snyder

Attorneys for Defendant
[24]7.ai, INC.

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 9, 2018

Hon. Jon S. Tigar
United States District Judge