| | |
|---|---|
| Darin W. Snyder (State Bar No. 136003) | Michael W. De Vries (State Bar No. 211001) |
| dsnyder@omm.com | michael.devries@kirkland.com |
| Mark E. Miller (State Bar No. 130200) | Sharre S. Lotfollahi (State Bar No. 258913) |
| markmiller@omm.com | sharre.lotfollahi@kirkland.com |
| Geoffrey H. Yost (State Bar No. 159687) | KIRKLAND & ELLIS, LLP |
| gyost@omm.com | 333 South Hope Street |
| Alexander B. Parker (State Bar No. 264705) | Los Angeles, CA 90071 |
| aparker@omm.com | Telephone: 213-680-8590 |
| Anne E. Huffsmith (Stat Bar No. 236438) | |
| ahuffsmith@omm.com | Adam R. Alper (State Bar No. 196834) |
| O'MELVENY & MYERS LLP | adam.alper@kirkland.com |
| Two Embarcadero Center, 28th Floor | Robert Nai-Shu Kang (State Bar No. 274389) |
| San Francisco, CA 94111-3823 | robert.kang@kirkland.com |
| Telephone: (415) 984-8700 | James W. Beard (State Bar No. 267242) |
| Facsimile: (415) 984-8701 | james.beard@kirkland.com |
| | KIRKLAND & ELLIS, LLP |
| | 555 California Street |
| *Attorneys for [24]7.ai, INC. and 24/7* | San Francisco, CA 94104 |
| *CUSTOMER INTERNATIONAL* | Telephone: 415-436-1500 |
| *HOLDINGS, LTD.* | |
| | Joshua L. Simmons (pro hac vice) |
| | joshua.simmons@kirkland.com |
| | KIRKLAND & ELLIS, LLP |
| | 601 Lexington Ave. |
| | New York, NY 10169 |
| | Telephone: 212-446-4800 |
| | |
| | *Attorneys for LIVEPERSON, INC.* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| [24]7.ai, INC. AND 24/7 CUSTOMER INTERNATIONAL HOLDINGS, LTD., | Case No. 3:15-CV-02897-JST (KAW) (lead) <br> Case No. 3:15-CV-05585-JST (KAW) |
| Plaintiffs, | |
| v. | **STIPULATION AND [PROPOSED] ORDER CHANGING DATE FOR CLOSE OF EXPERT DISCOVERY AND TRADE SECRET SELECTION** |
| LIVEPERSON, INC., | |
| Defendant. | |
| LIVEPERSON, INC., | Case No. 3:17-CV-01268-JST |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER CHANGING DATE FOR CLOSE OF EXPERT DISCOVERY AND TRADE SECRET SELECTION** |
| [24]7.ai, INC. | |
| Defendant. | |

# STIPULATION AND [PROPOSED] ORDER

Pursuant to Local Rules 6-1, 6-2, and 7-12, Plaintiff LivePerson, Inc. ("LivePerson") and Defendants [24]7.ai, Inc. and 24/7 Customer International Holdings ("collectively, "[24]7") (together, the "Parties"), subject to the Court's approval and Order, stipulate to extend the closing date for expert discovery currently set for June 6, 2018 in Case Nos. 3:17-cv-01268 ("the Trade Secret Matter"), and 3:15-cv-02897 and 3:15-cv-05585 ("the Patent Matters", and collectively with the Trade Secret Matter, "the Related Matters") to June 14, 2018, in order to allow for the setting of certain expert depositions after June 6 in order to accommodate schedules. *See* De Vries Decl. ¶ 3. Further, the Parties, subject to the Court's approval and Order, stipulate to correspondingly extend the deadline for LivePerson to select trade secrets, currently set for June 8, 2018 in the Related Matters, to June 15, 2018 at 5:00 PM, in order to allow for that selection to occur after the close of expert discovery. These changes to the schedule will not affect any other deadlines in this action. *See id.* at ¶ 5.

This Court issued a Scheduling Order on July 26, 2017, and that order scheduled June 6, 2018 as the closing date for expert discovery. (Dkt. 157). This deadline has not been changed since. *See* De Vries Decl. ¶ 4. More recently, this Court issued an Order Granting Case and Trial Management Schedule on April 23, 2018, and it scheduled June 8, 2018 as the deadline for LivePerson to identify up to 15 trade secrets for the first trade secret trial. (Dkt. 192). This deadline also has not been changed since. *See id.* In order to accommodate the experts' schedules, however, the Parties will need until June 14, 2018 to take the experts' depositions. Further, the selection of trade secrets should occur after the close of expert discovery. Thus, LivePerson raised these scheduling issues and this stipulation with counsel for [24]7, who indicated they would so stipulate. *See id.* at ¶ 6.

Pursuant to the stipulation, the Parties request that: 1) the closing date for expert discovery be moved from June 6, 2018 to June 14, 2018; and 2) the deadline for LivePerson to select trade secrets for the first trade secret trial be moved from June 8, 2018 to June 15, 2018 at 5:00 PM.

STIPULATION AND [PROPOSED]
ORDER CHANGING DATE FOR CLOSE OF
EXPERT DISCOVERY AND TS SELECTION

3:15-CV-02897-JST (KAW)
3:15-CV-05585-JST (KAW)
3:17-CV-01268-JST

Respectfully submitted,

Dated: June 1, 2018     KIRKLAND & ELLIS LLP


By:     */s/ Michael W. De Vries*
          Michael W. De Vries

Attorneys for
LIVEPERSON, INC.


Dated: June 1, 2018     O'MELVENY & MYERS LLP


By:     */s/ Darin Snyder*
          Darin Snyder

Attorneys for
[24]7.AI, INC. AND 24/7 CUSTOMER
INTERNATIONAL HOLDINGS, LTD.

**ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from Darin Snyder.

By: */s/ Michael W. De Vries*
Michael W. De Vries

Attorneys for
LIVEPERSON, INC.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 4, 2018

Hon. Jon S. Tigar
United States District Judge