| | |
|---|---|
| Darin W. Snyder (State Bar No. 136003)<br>dsnyder@omm.com<br>Mark E. Miller (State Bar No. 130200)<br>markmiller@omm.com<br>Geoffrey H. Yost (State Bar No. 159687)<br>gyost@omm.com<br>Alexander B. Parker (State Bar No. 264705)<br>aparker@omm.com<br>Anne E. Huffsmith (Stat Bar No. 236438)<br>ahuffsmith@omm.com<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111-3823<br>Telephone: (415) 984-8700<br>Facsimile: (415) 984-8701<br><br>*Attorneys for [24]7.ai, INC. and 24/7 CUSTOMER INTERNATIONAL HOLDINGS, LTD.* | Michael W. De Vries (State Bar No. 211001)<br>michael.devries@kirkland.com<br>Sharre S. Lotfollahi (State Bar No. 258913)<br>sharre.lotfollahi@kirkland.com<br>KIRKLAND & ELLIS, LLP<br>333 South Hope Street<br>Los Angeles, CA 90071<br>Telephone: 213-680-8590<br><br>Adam R. Alper (State Bar No. 196834)<br>adam.alper@kirkland.com<br>Robert Nai-Shu Kang (State Bar No. 274389)<br>robert.kang@kirkland.com<br>James W. Beard (State Bar No. 267242)<br>james.beard@kirkland.com<br>KIRKLAND & ELLIS, LLP<br>555 California Street<br>San Francisco, CA 94104<br>Telephone: 415-436-1500<br><br>Joshua L. Simmons (pro hac vice)<br>joshua.simmons@kirkland.com<br>KIRKLAND & ELLIS, LLP<br>601 Lexington Ave.<br>New York, NY 10169<br>Telephone: 212-446-4800<br><br>*Attorneys for LIVEPERSON, INC.* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| [24]7.ai, INC. AND 24/7 CUSTOMER INTERNATIONAL HOLDINGS, LTD.,<br><br>    Plaintiffs,<br><br>v.<br><br>LIVEPERSON, INC.,<br><br>    Defendant. | Case No. 3:15-CV-02897-JST (KAW) (lead)<br>Case No. 3:15-CV-05585-JST (KAW)<br><br>**STIPULATION AND [PROPOSED] ORDER CHANGING DATES FOR SUMMARY JUDGMENT OPPOSITION AND REPLY BRIEFS** |
| LIVEPERSON, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>[24]7.ai, INC.<br><br>    Defendant. | Case No. 3:17-CV-01268-JST<br><br>**STIPULATION AND [PROPOSED] ORDER CHANGING DATES FOR SUMMARY JUDGMENT OPPOSITION AND REPLY BRIEFS** |

STIPULATION AND [PROPOSED] ORDER CHANGING DATES FOR SUMMARY JUDGMENT OPPOSITION AND REPLY BRIEFS

3:15-CV-02897-JST (KAW)
3:15-CV-05585-JST (KAW)
3:17-CV-01268-JST

| | |
|---|---|
| 1 | **<u>STIPULATION AND <s>[PROPOSED]</s> ORDER</u>** |
| 2 | Pursuant to Local Rules 6-1, 6-2, and 7-12, Plaintiff LivePerson, Inc. ("LivePerson") and |
| 3 | Defendants [24]7.ai, Inc. and 24/7 Customer International Holdings ("collectively, "[24]7") |
| 4 | (together, the "Parties"), subject to the Court's approval and Order, stipulate to slightly extend the |
| 5 | opposition and reply brief deadlines for [24]7's motion for summary judgment, filed on July 13, |
| 6 | 2018 in Case No. 3:17-cv-01268 ("the Trade Secret Matter") to allow the parties adequate time to |
| 7 | address all of the issues in [24]7's motion. *See* De Vries Decl. ¶¶ 3, 6. Specifically, LivePerson |
| 8 | anticipates filing several declarations in support of its opposition brief, and needs a few additional |
| 9 | days to allow the declarants to finalize those declarations. Thus, the Parties, subject to the |
| 10 | Court's approval and Order, stipulate to extend the deadline for LivePerson to file its summary |
| 11 | judgment opposition brief, currently set for July 27, 2018, to August 1, 2018 and for [24]7 to |
| 12 | correspondingly file its summary judgment reply brief, currently set for August 3, 2018, to |
| 13 | August 13, 2018. These changes to the schedule will not affect any other deadlines in this action, |
| 14 | because the summary judgment hearing date was recently set for October 25, 2018. *See id.* at ¶ 5; |
| 15 | Dkt. 415. |
| 16 | This Court issued a Scheduling Order on July 26, 2017, and that order set the dispositive |
| 17 | motion deadline for July 13, 2018 and the opposition and reply deadlines for July 27, 2018 and |
| 18 | August 3, 2018, respectively. Dkt. 157. These deadlines have not been changed since. *See* De |
| 19 | Vries Decl. ¶ 4; Dkts. 386, 415. In order to allow LivePerson adequate time to fully respond to |
| 20 | [24]7's summary judgment motion, including to finalize the supporting declarations, LivePerson |
| 21 | requests extending the opposition deadline by five days and giving [24]7 a reciprocal extension |
| 22 | on its reply brief. Further, the Court recently moved the hearing date on [24]7's motion for |
| 23 | summary judgment to October 25, 2018, so even with the requested extension, the Court would |
| 24 | still have over two months to consider the parties' complete briefing prior to the hearing. Dkt. |
| 25 | 415. Thus, LivePerson raised these scheduling issues and this stipulation with counsel for [24]7, |
| 26 | who indicated they would so stipulate. *See id.* at ¶ 6. |
| 27 | |
| 28 | STIPULATION AND <s>[PROPOSED]</s><br>ORDER CHANGING DATES FOR SUMMARY<br>JUDGMENT OPPOSITION AND REPLY<br>BRIEFS | 3:15-CV-02897-JST (KAW)<br>3:15-CV-05585-JST (KAW)<br>3:17-CV-01268-JST |

Pursuant to the stipulation, the Parties request that: 1) the deadline for LivePerson's summary judgment opposition brief be moved from July 27, 2018, to August 1, 2018; and 2) the deadline for [24]7's summary judgment reply brief be moved from August 3, 2018, to August 13, 2018.

Respectfully submitted,

Dated: July 25, 2018

KIRKLAND & ELLIS LLP

By: */s/ Michael W. De Vries*
Michael W. De Vries

Attorneys for
LIVEPERSON, INC.

Dated: July 25, 2018

O'MELVENY & MYERS LLP

By: */s/ Darin Snyder*
Darin Snyder

Attorneys for
[24]7.AI, INC. AND 24/7 CUSTOMER INTERNATIONAL HOLDINGS, LTD.

**ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from Darin Snyder.

By: */s/ Michael W. De Vries*
Michael W. De Vries

Attorneys for
LIVEPERSON, INC.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 27, 2018

Hon. Jon S. Tigar
United States District Judge

STIPULATION AND [PROPOSED] ORDER CHANGING DATES FOR SUMMARY JUDGMENT OPPOSITION AND REPLY BRIEFS

3:15-CV-02897-JST (KAW)
3:15-CV-05585-JST (KAW)
3:17-CV-01268-JST