Darin W. Snyder (State Bar No. 136003)
dsnyder@omm.com
Mark E. Miller (State Bar No. 130200)
markmiller@omm.com
Geoffrey H. Yost (State Bar No. 159687)
gyost@omm.com
Alexander B. Parker (State Bar No. 264705)
aparker@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

*Attorneys for Defendant [24]7.ai, INC.*

Michael W. De Vries (State Bar No. 211001)
michael.devries@kirkland.com
Sharre S. Lotfollahi (State Bar No. 258913)
sharre.lotfollahi@kirkland.com
KIRKLAND & ELLIS, LLP
333 South Hope Street
Los Angeles, CA 90071
Telephone: 213-680-8590

Adam R. Alper (State Bar No. 196834)
adam.alper@kirkland.com
Robert Nai-Shu Kang (State Bar No. 274389)
robert.kang@kirkland.com
James W. Beard (State Bar No. 267242)
james.beard@kirkland.com
KIRKLAND & ELLIS, LLP
555 California Street
San Francisco, CA 94104
Telephone: 415-436-1500

Joshua L. Simmons (pro hac vice)
joshua.simmons@kirkland.com
KIRKLAND & ELLIS, LLP
601 Lexington Ave.
New York, NY 10169
Telephone: 212-446-4800

*Attorneys for Plaintiff LIVEPERSON, INC.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| LIVEPERSON, INC., | Case No. 3:17-CV-01268-JST |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE OF SUPPLEMENTAL EXPERT REPORTS** |
| v. | |
| [24]7.ai, INC. | |
| Defendant. | |

## STIPULATION AND ~~[PROPOSED]~~ ORDER

Pursuant to Local Rule 6-1 Plaintiff LivePerson, Inc. ("LivePerson") and Defendant [24]7.ai, Inc. ("[24]7") (together, the "Parties"), subject to the Court's approval and Order, stipulate that the supplemental expert reports listed below were timely served as required by Fed. R. Civ. P. 26(a)(2)(D). Other than as to timely service, the Parties reserve all objections and other rights relating to these supplemental expert reports.

- SUPPLEMENTAL EXPERT REPORT OF STEVEN R. KURSH, PH.D., CSDP, CLP, served May 14, 2018;

- SUPPLEMENTAL EXPERT REPORT OF WILLIAM S. CHOI, PH.D., served May 14, 2018;

- SUPPLEMENTAL EXPERT REPORT OF DR. STEPHEN B. WICKER, served May 15, 2018;

- SUPPLEMENTAL REBUTTAL EXPERT REPORT OF DR. JOHN P. J. KELLY, served May 25, 2018;

- SUPPLEMENTAL EXPERT REBUTTAL REPORT OF SUZANNE M. STUCKWISCH, served May 25, 2018;

- SUPPLEMENTAL EXPERT REPORT OF IVAN ZATKOVICH, served May 25, 2018; and

- SECOND SUPPLEMENTAL REBUTTAL EXPERT REPORT OF DR. JOHN P. J. KELLY, served July 21, 2018.

This Stipulation does not and should not be interpreted to authorize any expert reports or disclosures other than those listed above.

Respectfully submitted,

Dated: September 11, 2018                    KIRKLAND & ELLIS LLP


                                             By:    /s/ Michael W. De Vries
                                                    Michael W. De Vries

                                             Attorneys for
                                             LIVEPERSON, INC.


Dated: September 11, 2018                    O'MELVENY & MYERS LLP


                                             By:    /s/ Darin W. Snyder
                                                    Darin W. Snyder

                                             Attorneys for
                                             [24]7.AI, INC.

**ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from Michael De Vries.

By:    /s/ Darin W. Snyder
       Darin W. Snyder

Attorneys for
[24]7.ai, INC.


**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated:  September 13, 2018                    _____
                                              Hon. Jon S. Tigar
                                              United States District Judge