Darin W. Snyder (S.B.N. 136003)
dsnyder@omm.com
Mark E. Miller (S.B.N. 130200)
markmiller@omm.com
Geoffrey H. Yost (S.B.N. 159687)
gyost@omm.com
Alexander B. Parker (S.B.N. 264705)
aparker@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone: (415) 984 8700
Facsimile: (415) 984 8701

*Attorneys for [24]7.ai, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| LivePerson, Inc.,<br><br>   Plaintiff,<br><br> v.<br><br>[24]7.ai, Inc.,<br><br>   Defendant. | Case No. 3:17-cv-01268-JST (KAW)<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO SERVE SUPPLEMENTAL DAMAGES REPORTS AND AMENDED CASE SCHEDULE** |

Before the Court is the parties' agreed approach to the supplementation of the report of LivePerson, Inc.'s ("LivePerson") damages expert, Dr. William Choi, following the Court's October 26, 2018 Order Granting in Part and Denying in Part Summary Judgment (Dkt. 434). After consideration and good cause appearing, the Court hereby makes the following order and adopts the following amended case deadlines.

1. LivePerson is granted leave to supplement Dr. Choi's damages report consistent with the Court's order on [24]7's Motion for Summary Judgment (Dkt. 484).

2. [24]7 may supplement the responsive report of its damages expert, Sue Stuckwisch, solely to the extent necessary to rebut Dr. Choi's supplemental report.

3. Each party may depose the other party's damages expert regarding their supplemental report. Each such deposition shall be limited to 3 hours on the record.

4. Each party reserves the right to propose, and if necessary to request leave from the Court to conduct, further, limited, fact discovery that may be necessary for the supplemental expert damages reports.

5. The case deadlines set forth in the parties' July 26, 2018 Joint Case Management Statement (Dkt. No. 418) regarding the first trade secret trial are adopted and/or amended as follows. All other dates relating to the patent trial and further trade secret trial are as set forth in the parties' July 26, 2018 Joint Case Management Statement (Dkt. 418).

| Event | Current Date | Amended Date |
| --- | --- | --- |
| Choi supplemental damages report | n/a | December 4, 2018 |
| Stuckwisch supplemental damages report | n/a | January 15, 2018 |
| Completion of further damages expert depositions | n/a | January 25, 2019 |

**[PROPOSED] ORDER GRANTING LEAVE TO SERVE SUPP. DAMAGES REPORTS AND AMD. CASE SCHEDULE**
3:17-CV-01268-JST (KAW)

| Deadline for *in limine* motions for the first trade secret trial | February 8, 2019 | *No change.* |
|---|---|---|
| Joint pretrial statement for the first trade secret trial due | March 5, 2019 | *No change.* |
| Pretrial conference for the first trade secret trial | March 15, 2019 at 2:00 p.m. | *No change.* |
| Parties to deliver three sets of pre-marked exhibits to the Courtroom Deputy for the first trade secret trial | March 25, 2019 | *No change.* |
| The first trade secret trial | April 1, 2019 at 8:00 a.m. | *No change.* |

Respectfully submitted,

Dated: November 2, 2018

KIRKLAND & ELLIS LLP
By: */s/ Michael W. De Vries*
    Michael W. De Vries

Attorneys for
LIVEPERSON, INC.

Dated: November 2, 2018

O'MELVENY & MYERS LLP
By: */s/ Darin W. Snyder*
    Darin W. Snyder

Attorneys for
[24]7.AI, INC.

**ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from Michael De Vries.

O'MELVENY & MYERS LLP
By: */s/ Darin W. Snyder*
    Darin S. Snyder

**ORDER**

**IT IS SO ORDERED.**

Dated: November 6, 2018

_____
JON S. TIGAR
United States District Judge