Michael W. De Vries (S.B.N. 211001)
Sharre Lotfollahi (S.B.N. 258913)
Benjamin A. Herbert (S.B.N. 277356)
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
Email: michael.devries@kirkland.com
Email: sharre.lotfollahi@kirkland.com
Email: benjamin.herbert@kirkland.com

Adam R. Alper (S.B.N. 196834)
James W. Beard (S.B.N. 267242)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: adam.alper@kirkland.com
Email: james.beard@kirkland.com

Joshua L. Simmons (admitted pro hac vice)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: joshua.simmons@kirkland.com

*Attorneys for Plaintiff LivePerson, Inc.*

Darin W. Snyder (S.B.N. 136003)
Mark E. Miller (S.B.N. 130200)
Geoffrey H. Yost (S.B.N. 159687)
Alexander B. Parker (S.B.N. 264705)
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701
Email: dsynder@omm.com
Email: markmiller@omm.com
Email: gyost@omm.com
Email: aparker@omm.com

*Attorneys for Defendant [24]7.ai, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| LivePerson, Inc.,<br><br>                Plaintiff,<br>   v.<br><br>[24]7.ai, Inc.,<br><br>                Defendant. | Case No. 3:17-CV-01268-JST<br><br>**STIPULATED MOTION TO ENLARGE TIME TO COMPLETE SUPPLEMENTAL EXPERT DISCOVERY** |

Pursuant to Local Rule 6-1, Plaintiff LivePerson, Inc. ("LivePerson") and Defendant [24]7.ai, Inc. ("[24]7", and collectively with LivePerson, "the Parties"), subject to the Court's approval and Order, stipulate to enlarge time for the Parties to serve supplemental expert reports and complete associated expert depositions. The Parties seek this enlargement in order to allow the Parties to evaluate and conference regarding the Court's Order Regarding Motions to Exclude Expert Testimony, issued earlier today, November 30, 2018 without prejudice to either or both Parties seeking further relief if appropriate or to taking any positions with respect thereto.

## I. PROCEDURAL HISTORY

On October 26, 2018, based on a determination that the decision in *E.J. Brooks Company v. Cambridge Security Seals*, 31 N.Y.3d 441 (2018) was a change in law and in response to LivePerson's request, this Court "grant[ed] LivePerson's request to allow Dr. Choi to supplement his report." ECF 484 at 29. In accordance with that determination, the parties subsequently submitted a stipulation that included deadlines for service of that supplemental report, for service of a rebuttal report, and to complete additional depositions on those reports, which was entered as an order by the Court. ECF 491. That stipulated order set Tuesday, December 4, 2018 as the deadline for LivePerson to serve a supplemental report from Dr. Choi, January 15, 2019 as the deadline to serve a rebuttal report, and January 25, 2019 as the deadline to complete associated depositions. *Id.*

Earlier today, November 30, 2018, the Court issued an order granting [24]7's Motion to Exclude Certain Testimony of Dr. William Choi. ECF 498 ("*Daubert* Order"). Given the pending deadline for service of Dr. Choi's supplemental expert report, the Parties met and conferred on November 30, 2018 regarding a brief extension of the supplemental report deadlines in order to permit the Parties to evaluate and conference regarding the Court's *Daubert* Order. *See* L.R. 37-1. The Parties agreed on a one-week extension of those deadlines, subject to the Court's approval, without prejudice to either or both Parties seeking further relief if appropriate or to taking any positions with respect thereto.

## II. PROPOSED SCHEDULE

The Parties now stipulate to the request to enlarge time, as set forth below:

| Event | Current Deadline[1] | Proposed Deadline |
|---|---|---|
| Choi supplemental report | December 4, 2018 | December 11, 2018 |
| Stuckwisch supplemental report | January 15, 2018 | January 22, 2018 |
| Completion of further depositions on supplemental reports | January 25, 2019 | February 1, 2019 |

The Parties make this Stipulation without prejudice to requests for further relief or to either or both Parties' positions with respect to the Court's *Daubert* Order. For the foregoing reasons, the Parties respectfully request this Court grant this stipulated motion to enlarge time for supplemental expert discovery as set forth above in accordance with this stipulation.

Dated: November 30, 2018                KIRKLAND & ELLIS LLP


By:   */s/ Michael W. De Vries*
       Michael W. De Vries

Attorney for
LIVEPERSON, INC.


Dated: November 30, 2018                O'MELVENY & MYERS LLP


By:   */s/ Darin W. Snyder*
       Darin W. Snyder

Attorney for
[24]7.AI, INC.

---

[1] ECF 491.

**ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from Darin W. Snyder.

*/s/ Michael W. De Vries*
Michael W. De Vries

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 3, 2018

Hon. Jon S. Tigar
United States District Judge