# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| [24]7.AI, INC., et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>LIVEPERSON, INC.,<br><br>  Defendant. | Case No. 15-cv-02897-JST  (lead)<br>Case No. 15-cv-05585-JST<br><br>**ORDER REGARDING AMENDMENTS TO CASE SCHEDULE**<br><br>Re: ECF No. 520 |
| LIVEPERSON, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>[24]7.ai, INC.,<br><br>  Defendant. | Case No. 3:17-cv-01268-JST |

The Court now has before it the parties' competing proposals, ECF No. 520, regarding how best to amend the case schedule in light of the concerns expressed in the Court's December 21, 2018 text order, ECF No. 519.

The Court adopts [24]7's proposal, with the exception that discovery shall be mutual and not unilateral. *See* ECF 520 at 9 (stating [24]7's position that "only [24]7 should be allowed to take discovery during this limited period"). [24]7's request is an overreach. At this point, the Court is not able to exclude the possibility that fairness, equity, or simply the need for further case preparation will cause LivePerson to need additional discovery.

/ / /

/ / /

/ / /

1   [24]7 is directed to prepare a "clean" copy of its proposed scheduling order without any
2   extraneous text and present it to the Court for signature.
3   **IT IS SO ORDERED.**
4   Dated: January 15, 2019



JON S. TIGAR
United States District Judge