1 | Michael W. De Vries (State Bar No. 211001)
michael.devries@kirkland.com
Benjamin A. Herbert (State Bar No. 277356)
benjamin.herbert@kirkland.com
KIRKLAND & ELLIS, LLP
555 South Flower Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Sharre S. Lotfollahi (State Bar No. 258913)
sharre.lotfollahi@kirkland.com
KIRKLAND & ELLIS, LLP
2049 Century Park East
Los Angeles, CA 90067

Adam R. Alper (State Bar No. 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS, LLP
555 California Street
San Francisco, CA 94104

Joshua L. Simmons (pro hac vice)
joshua.simmons@kirkland.com
KIRKLAND & ELLIS, LLP
601 Lexington Ave.
New York, NY 10169
*Attorneys for LivePerson, Inc.*

Darin W. Snyder (State Bar No. 136003)
dsnyder@omm.com
Geoffrey H. Yost (State Bar No. 159687)
gyost@omm.com
Alexander B. Parker (State Bar No. 264705)
aparker@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

*Attorneys for [24]7.ai, Inc., and 24/7 Customer International Holdings, Ltd.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| [24]7.ai, INC. AND 24/7 CUSTOMER INTERNATIONAL HOLDINGS, LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>LIVEPERSON, INC.,<br><br>Defendant. | Case No. 4:15-CV-02897-JST (KAW) (lead)<br>Case No. 4:15-CV-05585-JST (KAW)<br><br>**JOINT CASE MANAGEMENT STATEMENT** |
| LIVEPERSON, INC.,<br><br>Plaintiff,<br><br>v.<br><br>[24]7.ai, INC.<br><br>Defendant. | Case No. 4:17-CV-01268-JST<br><br>**JOINT CASE MANAGEMENT STATEMENT** |

JOINT CASE MANAGEMENT STATEMENT  CASE NOS. 4:17-CV-01268-JST; 4:15-CV-02897-JST (KAW); 4:15-CV-05585-JST (KAW)

On March 17, 2020, this Court issued an order vacating the date for the first trade secret trial and setting a case management conference for April 27, 2019.  Dkt. 685 (the "Order").  The Order specifies that "the parties should propose alternative trial dates, or other means of resolving the parties' dispute, in light of the circumstances then existing."  *Id.*  LivePerson, Inc. ("LivePerson") and [24]7.ai, Inc. ("[24]7") (collectively, "the parties") have conferred and respectfully submit this joint case management statement in preparation for the April 27, 2019 case management conference.

In the over five weeks since the Court issued its Order, this Court and others in California have remained closed to all jury trials.  It appears to the parties that there is even more uncertainty now about the nature of future statewide orders and when the Court will resume hearing civil jury trials.  The parties anticipate that the Court's criminal trial docket will take precedence once the Court reopens to jury trials.  Further, [24]7 intends to call several witnesses who will need to travel from overseas, and it is unclear when this country and theirs will permit such travel.

The parties are prepared to discuss the Court's request for potential date ranges for trial based on the Court's anticipated availability.  But given the current, ongoing stay-at-home orders, Court restrictions related to COVID-19, the uncertainty surrounding when the Court will resume holding civil jury trials, and potential impacts of COVID-19 restrictions on witness availability, the parties respectfully request that the Court first provide guidance regarding its calendar before discussion of dates for the first trade secret trial.

Respectfully submitted,

Dated:  April 24, 2020

KIRKLAND & ELLIS LLP

By:  */s/ Michael W. De Vries*
     Michael W. De Vries

Attorneys for LivePerson, Inc.

Dated:  April 24, 2020

O'MELVENY & MYERS LLP

By:  */s/ Geoffrey H. Yost*
     Geoffrey H. Yost

Attorneys for [24]7.ai, Inc. and 24/7 Customer International Holdings, Ltd.

1  **ATTESTATION:** Pursuant to Local Rule 5-1(i)(3) I hereby attest that concurrence in the filing
2  of this document has been obtained from Geoffrey H. Yost.

By:   */s/ Michael W. De Vries*
       Michael W. De Vries