Michael W. De Vries (State Bar No. 211001)
michael.devries@kirkland.com
Benjamin A. Herbert (State Bar No. 277356)
benjamin.herbert@kirkland.com
KIRKLAND & ELLIS, LLP
555 South Flower Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Sharre S. Lotfollahi (State Bar No. 258913)
sharre.lotfollahi@kirkland.com
KIRKLAND & ELLIS, LLP
2049 Century Park East
Los Angeles, CA 90067

Adam R. Alper (State Bar No. 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS, LLP
555 California Street
San Francisco, CA 94104

Joshua L. Simmons (pro hac vice)
joshua.simmons@kirkland.com
KIRKLAND & ELLIS, LLP
601 Lexington Ave.
New York, NY 10169
*Attorneys for LivePerson, Inc.*

Darin W. Snyder (State Bar No. 136003)
dsnyder@omm.com
Geoffrey H. Yost (State Bar No. 159687)
gyost@omm.com
Alexander B. Parker (State Bar No. 264705)
aparker@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

*Attorneys for [24]7.ai, Inc., and 24/7 Customer International Holdings, Ltd.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| [24]7.ai, INC. AND 24/7 CUSTOMER INTERNATIONAL HOLDINGS, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> LIVEPERSON, INC., <br><br> Defendant. | Case No. 4:15-CV-02897-JST (KAW) (lead) <br> Case No. 4:15-CV-05585-JST (KAW) <br><br> **JOINT CASE MANAGEMENT STATEMENT** |
| LIVEPERSON, INC., <br><br> Plaintiff, <br><br> v. <br><br> [24]7.ai, INC. <br><br> Defendant. | Case No. 4:17-CV-01268-JST <br><br> **JOINT CASE MANAGEMENT STATEMENT** |

1    LivePerson, Inc. ("LivePerson") and [24]7.ai, Inc. ("[24]7") (collectively, "the parties") have conferred and respectfully submit this joint case management statement in preparation for the July 21, 2020 case management conference.

On March 17, 2020, this Court issued an order vacating the date for the first trade secret trial and set a case management conference for April 27, 2020. Dkt. 685. During the April conference, the Court and the parties discussed the practical difficulty in resetting the trial in light of the scheduling uncertainty surrounding the then-existing stay-at-home orders, Court restrictions related to COVID-19, and the Court's ongoing analysis regarding when it would resume holding civil jury trials. The Court then set a further case management conference for July 21, 2020. Dkt. 688. The Court also granted the parties' request to vacate all pending dates for the related patent matter, which is scheduled to proceed after the first trade secret trial. Dkt. 690.

In the three months since the last case management conference, certain courts have begun resuming trials and re-setting those trial dates vacated in light of the pandemic. Counsel for LivePerson currently has several trial dates that have been reset. The parties respectfully request the Court's guidance regarding its calendar, plan for resuming civil jury trials, and, if known, date ranges for when this case could be scheduled for a jury trial. The parties will be prepared to discuss available trial dates at the conference.

Respectfully submitted,

Dated: July 17, 2020

KIRKLAND & ELLIS LLP

By:   */s/ Michael W. De Vries*
       Michael W. De Vries

Attorneys for LivePerson, Inc.

JOINT STATEMENT REGARDING PROPOSED SCHEDULE   1   CASE NOS. 4:17-CV-01268-JST; 4:15-CV-02897-JST (KAW); 4:15-CV-05585-JST (KAW)

1 | Dated: July 17, 2020

O'MELVENY & MYERS LLP

By: */s/ Geoffrey H. Yost*
Geoffrey H. Yost

Attorneys for [24]7.ai, Inc. and 24/7 Customer International Holdings, Ltd.

1  **ATTESTATION:** Pursuant to Local Rule 5-1(i)(3) I hereby attest that concurrence in the filing
2  of this document has been obtained from Geoffrey H. Yost.

|  |  |
|---|---|
| By: | */s/ Michael W. De Vries* |
|  | Michael W. De Vries |