Michael W. De Vries (State Bar No. 211001)
michael.devries@kirkland.com
Benjamin A. Herbert (State Bar No. 277356)
benjamin.herbert@kirkland.com
KIRKLAND & ELLIS, LLP
555 South Flower Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Sharre S. Lotfollahi (State Bar No. 258913)
sharre.lotfollahi@kirkland.com
KIRKLAND & ELLIS, LLP
2049 Century Park East
Los Angeles, CA 90067

Adam R. Alper (State Bar No. 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS, LLP
555 California Street
San Francisco, CA 94104

Joshua L. Simmons (pro hac vice)
joshua.simmons@kirkland.com
KIRKLAND & ELLIS, LLP
601 Lexington Ave.
New York, NY 10169

*Attorneys for LivePerson, Inc.*

Darin W. Snyder (State Bar No. 136003)
dsnyder@omm.com
Geoffrey H. Yost (State Bar No. 159687)
gyost@omm.com
Alexander B. Parker (State Bar No. 264705)
aparker@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

*Attorneys for [24]7.ai, Inc., and 24/7 Customer
International Holdings, Ltd.*

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| [24]7.ai, INC. AND 24/7 CUSTOMER INTERNATIONAL HOLDINGS, LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>LIVEPERSON, INC.,<br><br>Defendant. | Case No. 4:15-CV-02897-JST (KAW) (lead)<br>Case No. 4:15-CV-05585-JST (KAW)<br><br>**JOINT CASE MANAGEMENT STATEMENT** |
| LIVEPERSON, INC.,<br><br>Plaintiff,<br><br>v.<br><br>[24]7.ai, INC.,<br><br>Defendant. | Case No. 4:17-CV-01268-JST<br><br>**JOINT CASE MANAGEMENT STATEMENT** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

In preparation for the January 29, 2021 Case Management Conference, LivePerson, Inc. ("LivePerson") and [24]7.ai, Inc. ("[24]7") (collectively, "the parties") submit this Joint Case Management Statement.  During the December 4, 2020 Case Management Conference, the parties and the Court discussed the parties' proposed safety protocols for the jury trial currently scheduled to commence March 15, 2021 (with a backup trial date scheduled for May 24, 2021).  *See* Dkt. 701. The Court also referenced the safety protocols it intended to use during the trial in *United States v. Cruz*, 19-cr-559-JST-3, Dkt. 106, which was postponed because of the surge of COVID-19 cases in California.  The parties recognize that after the Case Management Conference, the Northern District of California suspended all in-person, in-court proceedings at all courthouses through February 15, 2021.  The parties, however, remain available for the March 15, 2021 trial date.  [24]7's counsel wishes to discuss a potential conflict with the May 24, 2021 trial date.  The parties will be prepared to discuss trial scheduling with the Court.

1    Respectfully submitted,

2     Dated:  January 27, 2021                    KIRKLAND & ELLIS LLP

3
                                                  By:      /s/   Michael W. De Vries
4                                                          Michael W. De Vries

5                                                 Attorneys for LivePerson, Inc.

6     Dated:  January 27, 2021                    O'MELVENY & MYERS LLP

7
                                                  By:      /s/ Geoffrey H. Yost
8                                                          Geoffrey H. Yost

9
                                                  Attorneys for [24]7.ai, Inc. and 24/7 Customer
10                                                International Holdings, Ltd.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

**ATTESTATION:**  Pursuant to Local Rule 5-1(i)(3) I hereby attest that concurrence in the filing of this document has been obtained from Geoffrey H. Yost.

3

4

By:      */s/ Michael W. De Vries* _____
                 Michael W. De Vries

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28