UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVEPERSON, INC.,<br><br>          Plaintiff,<br><br>    v.<br><br>[24]7.AI, INC.,<br><br>          Defendant. | Case No. 17-cv-01268-JST<br><br>**ORDER VACATING PRETRIAL CONFERENCE AND TRIAL DATES** |

In light of the current prevalence of the COVID-19 pandemic, the status conference scheduled for March 1, 2021, the pretrial conference scheduled for March 5, 2021, and the trial scheduled for March 15, 2021 are vacated. The pretrial conference scheduled for May 14, 2021 and the trial scheduled for May 24, 2021 remain on calendar. The parties may request a further case management conference by sending an email to the Courtroom Deputy at JSTCRD@cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: February 25, 2021



JON S. TIGAR
United States District Judge