UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVEPERSON, INC., <br><br> Plaintiff, <br><br> v. <br><br> [24]7.AI, INC., <br><br> Defendant. | Case No. 17-cv-01268-JST <br><br> **ORDER RE: FINAL JUROR QUESTIONNAIRE** <br><br> Re: ECF No. 713 |

The Court has received and considered the parties' joint response regarding the juror questionnaire. ECF No. 713. The Jury Office has been able to accommodate the parties' requests. Attached to this order is the final juror questionnaire that the Jury Office will distribute.

**IT IS SO ORDERED.**

Dated: May 4, 2021



JON S. TIGAR
United States District Judge