

## Confidential Juror Questionnaire

### Thank you to all our prospective jurors!

**These questions are designed to obtain information about you as a possible juror in a pending case. Filling out the questionnaire online will substantially shorten the process of jury selection.**

**Please respond to the following questions as completely as possible. You will be given an opportunity to explain or expand your answers at jury selection.**

**Where you feel your answer might invade your right to privacy or be embarrassing to you, you may indicate this by placing your initials in the answer box. The judge will then give you an opportunity to explain your request privately, with only the judge, the attorneys, and the court reporter present.**

**Because this questionnaire is part of the jury selection procedure, you must answer the questions under penalty of perjury, and you must fill out the answers by yourself, without help from any other person.  Please do not discuss this case or the questionnaire with anyone.**

**As you answer the questions that follow, please keep in mind that there are no "right" or "wrong" answers. Thank you for your cooperation!**

1



## Confidential Juror Questionnaire

**Basic information about you**

\* 1. Your full name (first and last):

\* 2. Your age:

    \* 3. Your gender:

      ◯ Male

      ◯ Female

      ◯ Other

\* 4. The city or town where you live:

\* 5. How long have you lived at that location?

\* 6. Your place of birth:

    \* 7. Do you rent or own your home?

      ◯ Rent

      ◯ Own

\* 8. If called to serve as a juror, how will you commute to the courthouse?

○ Public transportation

○ Car share

○ Personal vehicle

○ Other (please specify):

```
[                                                    ]
```

\* 9. What is your marital status?

○ Single

○ Married

○ Live with partner

○ Separated

○ Divorced

○ Widowed

\* 10. What is the highest level of education you completed?

○ Some high school

○ High school graduate

○ Some college

○ Technical/business school

○ College graduate

○ Post graduate work

\* 11. Please list any colleges/vocational schools you attended, and your major areas of study, or enter "none":

```
[                                                    ]
```

\* 12. Is English your first language?

○ Yes

○ No. Please provide your first language:

```
[                                                    ]
```

* 13. How fluent are you in English?

   ◯  I can understand everything both orally and in writing.

   ◯  I can understand only written texts fluently.

   ◯  I can understand only oral communication fluently.

   ◯  I can understand and read most things reasonably well, but I am not fluent.

   ◯  I am not fluent.



## Confidential Juror Questionnaire

### Employment

* 1. What is your current employment status? (e.g. working full-time, unemployed – looking for work, unemployed – not looking for work, homemaker, full-time student, retired, independent contractor, etc.)

* 2. What is your occupation, and how long have you worked in it? (If you are retired or unemployed, please describe your main occupation when you were working.)

* 3. Who is your employer? (If retired or unemployed, please name your most recent prior employer.)

* 4. How long have you worked for this employer? (If retired or unemployed, list how long you worked at your most recent prior job.)

* 5. Please list the occupations of any adults you live with, or enter "none":

* 6. If you have children, please list their ages and gender and, if they are employed, please give their occupations, or enter "none":

* 7. What are your regular job duties and work activities? (If retired or unemployed, list how long you worked at your most recent prior job.)

* 8. Does your job involve supervising other people?

○ Yes

○ No



## Confidential Juror Questionnaire

### General Background

* 1. Where do you get your news? (websites, social media, newspapers, magazines, radio stations etc.) What specific websites, newspapers, social media do you use?

* 2. Do you, or anyone close to you belong to, volunteer with or contribute to any clubs, civic or religious organizations, special interest groups and/or charitable organizations?

○ No

○ Yes. Please explain:

* 3. Do you have any bumper stickers on your car?

○ No

○ Yes. Please describe:

7



## Confidential Juror Questionnaire

### Health

* 1. Do you have any physical or emotional disability, impairment, or condition that would interfere with your ability to hear, see, or pay attention to the evidence in this case?

○ No

○ Yes. Please explain:

<br>

* 2. If called to serve as a juror, how concerned are you about getting sick with COVID-19?

○ Very Concerned

○ Somewhat Concerned

○ Not Concerned

* 3. If called to serve as a juror, how comfortable are you being in a very large courtroom with 20-30 people, assuming that everyone is wearing a mask and practicing physical distancing?

○ Very uncomfortable

○ Somewhat uncomfortable

○ Moderately comfortable

○ Very comfortable

* 4. How often do you wear a mask in indoor spaces when away from your home?

○ Never

○ Some of the time

○ Most of the time

○ Always

8



## Confidential Juror Questionnaire

### Experience with legal system

* 1. Have you ever served as a juror in the past?

○ No

○ Yes. How many times? For each experience, please describe when it was, whether it was in state (county) court or federal court, was a civil or criminal case, and whether the jury reached a verdict.

```

```

* 2. Did you ever serve as a foreperson?

○ Never served on a jury

○ No, served on a jury but was not the foreperson

○ Yes, served as the foreperson on a jury

* 3. Is there any reason that your prior jury service would affect your ability to be fair, objective, and impartial to both sides here?

○ I have not served as a juror previously

○ No

○ Yes. Please explain:

```

```



## Confidential Juror Questionnaire

**Case-specific questions**

* 1. Have you, or has anyone close to you, ever been a plaintiff in a lawsuit?

○ No

○ Yes. Please explain:

* 2. Have you, or has anyone close to you, ever been a defendant in a lawsuit?

○ No

○ Yes. Please explain:

* 3. Have you, or has anyone close to you, ever been otherwise involved in a lawsuit in any way, other than a divorce?

○ No

○ Yes. Please explain:

* 4. Have you, or has anyone close to you, ever worked in sales or marketing?

○ No

○ Yes. Please explain:

* 5. Have you, or has anyone close to you, ever been self-employed or owned a business?

   ◯  No

   ◯  Yes. Please explain:

* 6. Have you, or has anyone close to you, ever worked for commission?

   ◯  No

   ◯  Yes. Please explain:

* 7. Have you, or has anyone close to you, ever worked in a job where you dealt with contracts or negotiated deals?

   ◯  No

   ◯  Yes. Please explain:



## Confidential Juror Questionnaire

### Case-specific questions con't

* 1. Have you, or has anyone close to you, ever worked for a company that was harmed or were personally harmed by theft, public release, or misuse of trade secrets or confidential information?

○ No

○ Yes. Please explain:

* 2. Have you, or has anyone close to you, ever worked in software development, software engineering, or coding?

○ No

○ Yes. Please explain:

* 3. Have you, or has anyone close to you, ever been trained in the law?

○ No

○ Yes. Please explain:

* 4. Have you, or has anyone close to you, ever worked as a customer service agent or in customer relations?

○ No

○ Yes. Please explain:

\* 5. Have you, or has anyone close to you, ever worked in online customer service or live chat services?

○ No

○ Yes. Please explain:

\* 6. Have you, or has anyone close to you, ever worked for LivePerson?

○ No

○ Yes. Please explain:

\* 7. Have you, or has anyone close to you, ever done business with LivePerson?

○ No

○ Yes. Please explain:

\* 8. Have you, or has anyone close to you, ever owned stock in LivePerson?

○ No

○ Yes. Please explain:

\* 9. Have you, or has anyone close to you, ever worked for [24]7?

○ No

○ Yes. Please explain:

* 10. Have you, or has anyone close to you, ever done business with [24]7?

◯ No

◯ Yes. Please explain:



## Confidential Juror Questionnaire

### Knowledge of the parties

\* 1. To your knowledge, do you or anyone close to you, including family members or friends, know any of the following individuals, or any of their family members:

☐ Judge Jon Tigar, the judge in the case, or any member of his staff

☐ Kirkland & Ellis LLP

☐ Michael De Vries

☐ Adam Alper

☐ Sharre Lotfollahi

☐ Joshua Simmons

☐ Benjamin Herbert

☐ O'Melveny & Myers LLP

☐ Darin Snyder

☐ Geoffrey Yost

☐ Melody Drummond Hansen

☐ Luann Simmons

☐ Alexander Parker

☐ William Choi

☐ John Kelly

☐ Steven Kursh

☐ Suzanne (Sue) Stuckwisch

☐ Stephen Wicker

☐ Ivan Zatkovich

☐ Alon Waks

☐ Amy McDonnell

☐ Andrew Chang

☐ Austin Burgess

☐ Barry Lamm

☐ Chandrasekar Lakshmanarao

☐ Craig Le Patourel

☐ Dan Murphy

☐ Danielle Newton

☐ David Flammia

☐ David Makarechian

☐ Dibyendu (DB) Banerjee

☐ Dustin Dean

☐ Efim Dimenstein

☐ Frank Pasko

☐ None of the above

If you checked any of the above names, please list the name and how you know that person.

[text box]

* 2. To your knowledge, do you or anyone close to you, including family members or friends, know any of the following individuals, or any of their family members:

☐ Hope Norris

☐ Ian Harris

☐ Jason Gioia

☐ Jennifer Delgado

☐ John Hallett

☐ Jordan Telman

☐ Kathy Juve

☐ Kevin Payne

☐ Kimberly Wick

☐ Kristina Pfuertner

☐ Luba Shafir

☐ Lynn Gibson

☐ Madhu Ranganathan

☐ Mariam Reza

☐ Michael Gathright

☐ Michael Moritz

☐ Nidhin Varghese

- [ ] Nitin Gupta

- [ ] Phil Rogers

- [ ] Pradeep Kichannagari

- [ ] PV Kannan

- [ ] Raman Ponniah

- [ ] Ramesh Kumar

- [ ] Ran Almog

- [ ] Ranning Li

- [ ] Ravi Garikipati

- [ ] Ravi Vijayaraghavan

- [ ] Richard Corriss

- [ ] Robert Camacho

- [ ] Robert LoCascio

- [ ] Ron Peled

- [ ] Vageesh Dwivedi

- [ ] None of the above

If you checked any of the above names, please list the name and how you know that person.



## Confidential Juror Questionnaire

### Ability to deliberate

* 1. The Court will instruct you on the law you must follow in rendering a verdict in this case. Is there anything that would prevent you from following the law as the Court instructs?

○ No

○ Yes. Please explain:

* 2. Is there anything about your political beliefs or affiliations in general that could prevent you from following the law as the Court instructs you or reaching a verdict based solely on the evidence you receive at trial?

○ No

○ Yes. Please explain:

* 3. The parties anticipate that this trial will last between three and four weeks. Would jury service on a matter of that length cause a severe and unavoidable hardship to you?

○ No

○ Yes. Please explain:

* 4. Can you think of any other matter that might have some bearing on your qualifications as a juror or on your ability to render a fair and impartial verdict based solely on the evidence and the judge's instructions on the law?

  ◯ No

  ◯ Yes. Please explain:

5. If needed, use this area to provide additional information in response to any prior question. Please indicate which question(s) in your response.

  ◯ Not needed

  ◯ Additional information:

* 6. JUROR'S OATH:

I declare under penalty of perjury that my answers to this Jury Questionnaire are true and correct to the best of my knowledge and belief. I have not discussed my answers with others or received assistance in completing this questionnaire.

Name:

Date: