| | |
|---|---|
| Michael W. De Vries (S.B.N. 211001)<br>Sharre Lotfollahi (S.B.N. 258913)<br>Benjamin A. Herbert (S.B.N. 277356)<br>KIRKLAND & ELLIS LLP<br>555 South Flower Street<br>Los Angeles, CA 90071<br>Telephone: (213) 680-8400<br>Facsimile: (213) 680-8500<br>Email: michael.devries@kirkland.com<br>Email: sharre.lotfollahi@kirkland.com<br>Email: benjamin.herbert@kirkland.com<br><br>Adam R. Alper (S.B.N. 196834)<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, CA 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br>Email: adam.alper@kirkland.com<br><br>Joshua L. Simmons (admitted pro hac vice)<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022-4611<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>Email: joshua.simmons@kirkland.com<br><br>*Attorneys for Plaintiff LivePerson, Inc.* | Darin W. Snyder (State Bar No. 136003)<br>dsnyder@omm.com<br>Luann L. Simmons (State Bar No. 203526)<br>lsimmons@omm.com<br>Geoffrey H. Yost (State Bar No. 159687)<br>gyost@omm.com<br>Alexander B. Parker (State Bar No. 264705)<br>aparker@omm.com<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA  94111-3823<br>Telephone: (415) 984-8700<br>Facsimile: (415) 984-8701<br><br>Melody Drummond Hansen<br>(State Bar No. 278786)<br>mdrummondhansen@omm.com<br>O'MELVENY & MYERS LLP<br>2765 Sand Hill Road<br>Menlo Park, CA 94111<br>Telephone: (650) 473-2600<br>Facsimile: (650) 473-2601<br><br>*Attorneys for [24]7.ai, Inc.* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| LIVEPERSON, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>[24]7.ai, INC.,<br><br>　　　　　Defendant. | Case No. 4:17-CV-01268-JST<br><br>**JOINT STATEMENT RE THE AMENDED JOINT PRETRIAL STATEMENT (DKT. 724)**<br><br>**Date:  May 17, 2021**<br>**Time: 9:30 a.m.**<br>**Courtroom: 6**<br><br>**Trial: May 24, 2021** |

On May 7, 2021, LivePerson, Inc. ("LivePerson" or "Plaintiff") and [24]7.ai, Inc. ("[24]7" or "Defendant") (collectively, "Parties") filed their Amended Joint Pretrial Statement (ECF No. 724), in preparation for the Parties' Final Pretrial Conference on May 17, 2021.  At that time, the parties disagreed on the timing of the identification of live adverse witnesses.  ECF No. 724 at 5:16–6:24 ("Examination of Witnesses" heading).

Upon further meet and confer, the Parties reached the following agreement:  The Parties will not object to playing affirmatively-designated deposition testimony of adverse and/or third-party witnesses, based on the witness being available for live testimony.  With this agreement, LivePerson will not call live any [24]7 witness adversely, so no further resolution from the Court is required.

DATED:  May 14, 2021

Respectfully submitted,

KIRKLAND & ELLIS LLP

By:   */s/ Michael W. De Vries*
         Michael W. De Vries

*Attorneys for LivePerson, Inc.*

DATED:  May 14, 2021

O'MELVENY & MYERS LLP

By:   */s/ Darin Snyder*
         Darin Snyder

*Attorneys for [24]7.ai, Inc.*

## ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from Darin W. Snyder.

By:     */s/ Michael W. De Vries*
            Michael W. De Vries

*Attorneys for LivePerson, Inc.*