UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVEPERSON, INC.,<br><br>            Plaintiff,<br><br>     v.<br><br>[24]7.AI, INC.,<br><br>            Defendant. | Case No.17-cv-01268-JST<br><br>**ORDER FOR JURY MEALS DURING DELIBERATIONS** |

   IT IS HEREBY ORDERED that, pursuant to the Guide to Judiciary Policy, the Clerk's Office shall furnish lunch for the members of the jury for each day the jury is in trial and deliberations due to the pandemic and local conditions.

   IT IS SO ORDERED.

Dated: May 25, 2021

_____
JON S. TIGAR
United States District Judge

*Rev.03/19*