UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LIVEPERSON, INC.,

Plaintiff,

v.

[24]7.AI, INC.,

Defendant.

Case No.17-cv-01268-JST

**ORDER FOR JURY MEALS DURING TRIAL AND DELIBERATIONS**

IT IS HEREBY ORDERED that, pursuant to the Guide to Judiciary Policy, the Clerk's Office shall furnish lunch for the members of the jury for each day the jury is in trial and deliberations due to the pandemic and local conditions.

IT IS SO ORDERED.

Dated: May 25, 2021

_____

JON S. TIGAR
United States District Judge

*United States District Court*
*Northern District of California*

*Rev.03/19*