UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 4:17-cv-01268-JST
Case Name: LivePerson, Inc. v. [24]7.ai, Inc.

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Jon S. Tigar | Michael De Vries<br>Sharre Lotfollahi<br>Adam Alper<br>Yungmoon Chang | Darin Snyder<br>Melody Drummond Hansen<br>William Bose<br>Sorin Zaharia |
| **TRIAL DATE:** | **REPORTERS:** | **CLERK:** |
| May 27, 2021 | Pamela Hebel<br>Raynee Mercado | Mauriona Lee |

| PLF NO. | DEF NO. | TIME OFFERED | ID | ADM | DESCRIPTION |
|---|---|---|---|---|---|
| | | **8:02 am** | | | **Court reconvened all parties and counsel are present.** |
| | | 8:03 am | | | Matters discussed outside of the presence of the jury regarding exhibits. |
| | | 8:08 am | | | DTX 1067 will be added as an exhibit with redactions as specified by the Court. |
| | | 8:12 am | | | Demonstratives discussed (PTX 3.9 – PTX 3.13) |
| | | 8:28 am | | | Court is in recess. |
| | | 8:49 am | | | Jury present. |
| | | 8:49 am | | | Cross-examination of witness **Robert LoCascio** by Mr. Snyder resumes. |
| | 1239 | 8:50 am | X | X | LP's Kryptonite Slide |
| | 1151 | 8:52 am | X | X | LivePerson internal email dated 1/20/2014 |
| | 1174 | 8:55 am | X | X | LivePerson internal email dated 9/21/2014 |
| 544 | | 9:01 am | X | X | Form 10-K for year ending December 31, 2013 |
| 543 | | 9:04 am | X | X | Form 10-K for year ending December 31, 2014 |
| | 1189 | 9:08 am | X | X | Text thread from Hachoin to LoCascio dated 10/2/2015 |
| | 1111 | 9:11 am | X | X | LivePerson internal email with PowerPoint attachments dated 7/26/2013 |
| | 1067 | 9:14 am | X | X | LivePerson internal email dated 7/6/2012 |
| | 1059 | 9:27 am | X | X | LivePerson internal email dated 2/28/2012 |

| | 1006 | 9:30 am | X | X | LivePerson internal email dated 12/9/2010 |
|---|---|---|---|---|---|
| | 1097 | 9:35 am | X | X | LivePerson internal email dated 5/17/2013 |
| | | 9:52 am | | | Redirect examination by Mr. De vries |
| | | 10:09 am | | | Jury excused. |
| | 1376 | 10:11 am | X | | Matters discussed outside of the presence of the jury. DXT 1376, previously identified to witness only, is identified and added to exhibits. |
| | | 10:11 am | | | Court is in recess. |
| | | 10:28 am | | | Court is reconvened. Jury is present. |
| | | 10:29 am | | | Redirect examination by Mr. De vries resumes. |
| | | 10:35 am | | | Re-cross examination by Mr. Snyder. |
| | | 10:36 am | | | Redirect examination by Mr. De vries resumes. |
| | | 10:37 am | | | Witness excused. |
| | | 10:38 am | X | X | Plaintiff moves to admit exhibits PTX 30, 83, and 131. The Court grants the motion over no objections. |
| | | 10:39 am | | | Deposition testimony of **PV Kannan** begins. |
| | | 11:03 am | | | Deposition testimony of **PV Kannan** ends. |
| | | 11:04 am | X | X | Plaintiff moves to admit exhibits PTX 139, 141, 275, 286, 287. The Court grants the motion over no objections. |
| | | 11:05 am | | | Deposition testimony of **Ravi Garikipati** begins. |
| | | 11:28 am | | | Deposition testimony of **Ravi Garikipati** ends. |
| | | 11:28 am | X | X | Plaintiff moves to admit exhibits PTX 18, and 8. The Court grants the motion over no objections. |
| | | 11:29 am | | | Deposition testimony of **Craig Le Patourel** begins. |
| | | 11:40 am | | | Deposition testimony of **Craig Le Patourel** ends. |
| | | 11:41 am | | | Witness **Barry Lamm** called to the stand and sworn for testimony. Direct examination by Mr. Alper. |
| | | 11:49 am | X | | PTX 3.2 published as demonstrative to witness and jury. |
| | | 11:57 am | | | Jury excused. Matters discussed outside the presence of the jury. |
| | | 12:01 pm | | | Court is in recess. |
| | | 12:17 pm | | | Court is reconvened. Jury is present. |
| | | 12:17 pm | | | Direct examination by Mr. Alper resumes. |
| | | 12:17 pm | X | | PTX 3.3 – 3.13 published as demonstratives to witness and jury. |

|   |      | 1:02 pm | X |   | PTX 3.14 published as demonstratives to witness and jury. |
|---|------|---------|---|---|---|
|   | 1216 | 1:11 pm | X | X | Competitive Intelligence Draft for LivePerson Sales Team |
| 1 |      | 1:24 pm | X | X | Cover page of DRD (design requirements document) for Captial One US Card Sales |
|   |      | 1:32 pm |   |   | Jury admonished and excused for the day. |
|   |      | 1:33 pm |   |   | Witness excused. |
|   |      | 1:40 pm |   |   | Court is in recess. |
|   |      |         |   |   |   |
|   |      |         |   |   |   |
|   |      |         |   |   |   |
|   |      |         |   |   |   |