Michael W. De Vries (S.B.N. 211001)
Sharre Lotfollahi (S.B.N. 258913)
Benjamin A. Herbert (S.B.N. 277356)
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, CA  90071
Telephone:  (213) 680-8400
Facsimile:  (213) 680-8500
Email:  michael.devries@kirkland.com
Email:  sharre.lotfollahi@kirkland.com
Email:  benjamin.herbert@kirkland.com

Adam R. Alper (S.B.N. 196834)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA  94104
Telephone:  (415) 439-1400
Facsimile:  (415) 439-1500
Email:  adam.alper@kirkland.com

Joshua L. Simmons (admitted pro hac vice)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022-4611
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:  joshua.simmons@kirkland.com

*Attorneys for Plaintiff LivePerson, Inc.*

Darin W. Snyder (State Bar No. 136003)
dsnyder@omm.com
Luann L. Simmons (State Bar No. 203526)
lsimmons@omm.com
Geoffrey H. Yost (State Bar No. 159687)
gyost@omm.com
Alexander B. Parker (State Bar No. 264705)
aparker@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Melody Drummond Hansen
(State Bar No. 278786)
mdrummondhansen@omm.com
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, CA 94111
Telephone: (650) 473-2600
Facsimile: (650) 473-2601

*Attorneys for [24]7.ai, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| LIVEPERSON, INC., <br><br> Plaintiff, <br><br> v. <br><br> [24]7.ai, INC., <br><br> Defendant. | Case No. 4:17-CV-01268-JST (KAW) <br><br> **JOINT STATEMENT REGARDING OBJECTIONS** |

      Pursuant to the Court's May 26, 2021 Order, LivePerson, Inc. ("LivePerson") and [24]7.ai, Inc. ("[24]7") respectfully submit the attached updated tables that include all remaining objections to exhibits and deposition testimony.  Specifically, attached as Exhibit A is LivePerson's amended exhibit list, which includes [24]7's objections; LivePerson has no remaining objections to [24]7's exhibits.  Attached as Exhibit B is LivePerson's amended list of counter-designations to [24]7's deposition designations, which includes [24]7's objections; there are no other remaining objections to deposition testimony.  There are no remaining objections to discovery responses.

      The parties respectfully request that the Court resolve the remaining objections in the following order:

1. [24]7's remaining objections to LivePerson's exhibits (in Exhibit A);
2. [24]7's remaining objections to LivePerson's counter deposition designations for the following witnesses (in Exhibit B), in this order:
   a. Almog
   b. Dean
   c. Flammia
   d. McDonnell
   e. Murphy
   f. Rogers
   g. Shafir
   h. Telman
   i. Vijayaraghavan

DATED:  May 27, 2021         Respectfully submitted,

KIRKLAND & ELLIS LLP

By:    /s/ Michael W. De Vries
           Michael W. De Vries

*Attorneys for LivePerson, Inc.*

DATED:  May 27, 2021         O'MELVENY & MYERS LLP

By:    /s/ Darin W. Snyder
           Darin W. Snyder

*Attorneys for [24]7.ai, Inc.*

### **ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from Michael W. De Vries.

By:    /s/ Darin W. Snyder
           Darin W. Snyder

*Attorneys for LivePerson, Inc.*