# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: 4:17-cv-01268-JST
Case Name: Liveperson, Inc. v. [24]7.ai, Inc.

### MINUTE ORDER, TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|---|
| Jon S. Tigar | | Michael De Vries<br>Sharre Lotfollahi<br>Adam Alper<br>Sierra Elizabeth | Darin Snyder<br>Luann Simmons<br>William Bose<br>Patrick Nack-Lehman<br>Geoff Yost |
| **TRIAL DATE:** | | **REPORTERS:** | **CLERK:** |
| June 9, 2021 | | Raynee Mercado | Mauriona Lee |
| Time in Court: 5 hours 33 minutes | | | |

| PLF NO. | DEF NO. | TIME OFFERED | ID | ADM | DESCRIPTION |
|---|---|---|---|---|---|
| | | **8:02 am** | | | **Court reconvened all parties and counsel are present. Matters discussed outside of the presence of the jury.** |
| | | 8:20 am | | | Court is in recess. |
| | | 8:33 am | | | Re-direct examination of witness **Andrew Chang** by Ms. Drummond Hansen begins. |
| | | 8:36 am | | | Witness excused. |
| | | 8:37 am | | | Deposition testimony of **Lubov Shafir** begins. |
| | | 8:48 am | | | Deposition testimony of **Lubov Shafir** ends. |
| | 1091 | 8:49 am | X | X | Stipulated introduction of deposition read into record. Defendant's exhibit 1091 identified and admitted. |
| | | 8:49 am | | | Deposition testimony of **Dustin Dean** begins. |
| | | 8:58 am | | | Deposition testimony of **Dustin Dean** ends. |
| | | 9:00 am | | | Witness **Robert Camacho** called via Zoom and sworn for testimony. The Court addresses the jury regarding Zoom testimony. |
| | | 9:02 am | | | Direct examination of witness **Robert Camacho** by Mr. Yost begins. |
| | | 10:02 am | | | Jury excused. |
| | | 10:03 am | | | Matters discussed outside of the presence of the jury. |

| | | 10:05 am | | | Court is in recess. |
|---|---|---|---|---|---|
| | | 10:20 am | | | Court is reconvened. |
| | | 10:21 am | | | Direct examination of witness **Robert Camacho** by Mr. Yost resumes. |
| | | 10:31 am | | | Direct examination of witness **Robert Camacho** by Mr. Yost ends. |
| | | 10:33 am | | | Cross examination of witness **Robert Camacho** by Mr. Alper begins. |
| 640 | | 10:46 am | X | X | 24/7 internal email dated 7/19/2012 |
| 154 | | 10:55 am | X | X | 24/7 internal email with Optus Solution document attached dated 8/28/2012 |
| | | 11:20 am | | | Re-direct examination of witness **Robert Camacho** by Mr. Yost begins. |
| | | 11:27 am | | | Re-direct examination of witness **Robert Camacho** by Mr. Yost ends. |
| | | 11:28 am | | | Re-cross examination of witness **Robert Camacho** by Mr. Alper begins. |
| | | 11:32 am | | | Witness excused. |
| | 1035 1079 | 11:34 am | X | X | Stipulated introduction of deposition read into record Defendant's exhibits 1035, 1079 identified and admitted |
| | | 11:34 am | | | Deposition testimony of **Ran Almog** begins. |
| | | 11:56 am | | | Deposition testimony of **Ran Almog** ends. |
| | | 11:57 am | | | Jury excused. |
| | | 11:57 am | | | Court is in recess. |
| | | 12:15 pm | | | Court is reconvened. Jury is present. |
| | | 12:16 pm | X | X | Stipulated introduction of deposition read into record Defendant's exhibits 154, 472, 1082 identified and admitted |
| | | 12:17 pm | | | Deposition testimony of **Pradeep Kichannagari** begins. |
| | | 12:31 pm | | | Deposition testimony of **Pradeep Kichannagari** ends. |
| | | 12:31 pm | | | Deposition testimony of **Ian Harris** begins. |
| | | 12:39 pm | | | Deposition testimony of **Ian Harris** ends. |
| | | 12:41pm | | | Witness **Nidhin Varghese** called to the stand and sworn for testimony. |
| | | 12:42 pm | | | Direct examination by Ms. Simmons begins. |
| | 1015 | 1:02 pm | X | X | 24/7 to Sears email dated 8/12/2010 |
| 174 | | 1:06 pm | X | X | 24/7 to Sears email dated 4/2011 |
| | 1110 | 1:25 pm | X | X | 24/7 to Sears email dated 7/2013 |

| 326 | | 1:26 pm | X | X | Excel spreadsheet |
|---|---|---|---|---|---|
| | | 1:29 pm | | | Direct examination by Ms. Simmons ends. Witness excused for the day. |
| | | 1:29 pm | | | Jury excused. |
| | | 1:30 pm | | | Matters discussed outside the presence of the jury. |
| | | 1:33 pm | | | Court is in recess. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |