# UNITED STATES DISTRICT COURT
# NORTHEN DISTRICT of CALIFORNIA

**FILED**

JUN 15 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Case Number: 17-cv-1268

Case Name: LivePerson, Inc v. 24/7.ai, Inc

## NOTE FROM THE JURY - DELIBERATION SCHEDULE

Note number: One

Date: 6/15/21

Time: 11:45 am

Proposed schedule

| | | |
|---|---|---|
| We | 8:30 am — | 1:30 pm |
| Th | 8:30 am — | 1:30 pm |
| Fr | 8:30 am — | ? (if needed) |

Markus Tilsch

Presiding Juror

FILED

UNITED STATES DISTRICT COURT
NORTHEN DISTRICT of CALIFORNIA

JUN 17 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Case Number: 17-1268-JST

Case Name: LivePerson, Inc v 24/7.ai. Inc

## NOTE FROM THE JURY

Note number: 2

Date: 6/17/2021

Time: 10:40 am

1. The Jury has reached a unanimous verdict ☒

Or

2. The Jury has the following question:

Markus Tilsch
Presiding Juror