| | |
|---|---|
| Michael W. De Vries (State Bar No. 211001)<br>michael.devries@kirkland.com<br>Benjamin A. Herbert (State Bar No. 277356)<br>benjamin.herbert@kirkland.com<br>KIRKLAND & ELLIS, LLP<br>555 South Flower Street<br>Los Angeles, CA 90071<br>Telephone: (213) 680-8400<br>Facsimile: (213) 680-8500<br><br>Sharre S. Lotfollahi (State Bar No. 258913)<br>sharre.lotfollahi@kirkland.com<br>KIRKLAND & ELLIS, LLP<br>2049 Century Park East<br>Los Angeles, CA 90067<br><br>Adam R. Alper (State Bar No. 196834)<br>adam.alper@kirkland.com<br>KIRKLAND & ELLIS, LLP<br>555 California Street<br>San Francisco, CA 94104<br><br>Joshua L. Simmons (pro hac vice)<br>joshua.simmons@kirkland.com<br>KIRKLAND & ELLIS, LLP<br>601 Lexington Ave.<br>New York, NY 10169<br><br>*Attorneys for LivePerson, Inc.* | Darin W. Snyder (State Bar No. 136003)<br>dsnyder@omm.com<br>Luann L. Simmons (State Bar No. 203526)<br>lsimmons@omm.com<br>Geoffrey H. Yost (State Bar No. 159687)<br>gyost@omm.com<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111-3823<br>Telephone: (415) 984-8700<br>Facsimile: (415) 984-8701<br><br>Melody Drummond Hansen<br>(State Bar No. 278786)<br>mdrummondhansen@omm.com<br>O'MELVENY & MYERS LLP<br>2765 Sand Hill Road<br>Menlo Park, CA 94111<br>Telephone: (650) 473-2600<br>Facsimile: (650) 473-2601<br><br>*Attorneys for [24]7.ai, Inc., and 24/7 Customer International Holdings, Ltd.* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| [24]7.ai, INC. AND 24/7 CUSTOMER INTERNATIONAL HOLDINGS, LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>LIVEPERSON, INC.,<br><br>Defendant. | Case No. 4:15-CV-02897-JST (KAW) (lead)<br>Case No. 4:15-CV-05585-JST (KAW)<br><br>**JOINT CASE MANAGEMENT STATEMENT** |
| LIVEPERSON, INC.,<br><br>Plaintiff,<br><br>v.<br><br>[24]7.ai, INC.<br><br>Defendant. | Case No. 4:17-CV-01268-JST<br><br>**JOINT CASE MANAGEMENT STATEMENT** |

JOINT CASE MANAGEMENT STATEMENT

CASE NOS. 4:17-CV-01268-JST;
4:15-CV-02897-JST (KAW); 4:15-CV-05585-JST
(KAW)

In preparation for the July 28, 2021 Case Management Conference, LivePerson, Inc. ("LivePerson") and [24]7.ai, Inc. ("[24]7") (collectively, "the Parties") respectfully submit this Joint Case Management Statement.  In accordance with the bellwether trial approach ordered by the Court (Dkt. 386; *see also* Dkt. 383), LivePerson's trade secret case was separated into two phased trials, with the Phase I trial reaching a jury verdict in LivePerson's favor on June 17, 2021.  Dkt. 780.  The Parties have conferred and agree that, subject to approval by the Court, the most efficient manner of proceeding at this time would be for the Court to enter partial final judgment pursuant to Fed. R. Civ. P. 54(b) on the jury's Phase I verdict, in addition to any of LivePerson's other claims and [24]7's defenses that were adjudicated by the Court prior to trial.  The Parties will utilize any procedural vehicle the Court prefers to facilitate entry of judgment, including providing a jointly-proposed partial final judgment.  Entry of judgment will allow the Parties to proceed with post-trial motions and appeal, if necessary.  The Parties also agree, subject to the Court's approval, that the Phase II trade secret trial and [24]7's patent case should be stayed pending final resolution of the Phase I judgment.  The Parties believe this procedure will be the most efficient use of judicial and party resources and will promote potential settlement.  Therefore, the Parties propose the following schedule for post-trial briefing in the Phase I trial:

| Event | Date |
| --- | --- |
| Entry of Partial Final Judgment on Phase I Verdict Pursuant to Fed. R. Civ. P. 54(b) | 7/30/2021 |
| Post-trial Motion Deadline | 9/3/2021 |
| Opposition Brief Deadline | 10/15/2021 |
| Reply Brief Deadline | 11/5/2021 |

Respectfully submitted,

Dated: July 21, 2021        KIRKLAND & ELLIS LLP

                            By:    */s/ Michael W. De Vries*
                                   Michael W. De Vries

                            Attorneys for LivePerson, Inc.

Dated: July 21, 2021        O'MELVENY & MYERS LLP

                            By:    */s/ Luann L. Simmons*
                                   Luann L. Simmons

                            Attorneys for [24]7.ai, Inc. and 24/7 Customer International Holdings, Ltd.

**ATTESTATION:** Pursuant to Local Rule 5-1(i)(3) I hereby attest that concurrence in the filing of this document has been obtained from Luann L. Simmons.

By:   */s/ Michael W. De Vries*
       Michael W. De Vries