Michael W. De Vries (State Bar No. 211001)
michael.devries@kirkland.com
Benjamin A. Herbert (State Bar No. 277356)
benjamin.herbert@kirkland.com
KIRKLAND & ELLIS, LLP
555 South Flower Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Sharre S. Lotfollahi (State Bar No. 258913)
sharre.lotfollahi@kirkland.com
KIRKLAND & ELLIS, LLP
2049 Century Park East
Los Angeles, CA 90067

Adam R. Alper (State Bar No. 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS, LLP
555 California Street
San Francisco, CA 94104

Joshua L. Simmons (pro hac vice)
joshua.simmons@kirkland.com
KIRKLAND & ELLIS, LLP
601 Lexington Ave.
New York, NY 10169

*Attorneys for LivePerson, Inc.*

Darin W. Snyder (State Bar No. 136003)
dsnyder@omm.com
Luann L. Simmons (State Bar No. 203526)
lsimmons@omm.com
Geoffrey H. Yost (State Bar No. 159687)
gyost@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Melody Drummond Hansen
(State Bar No. 278786)
mdrummondhansen@omm.com
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, CA 94111
Telephone: (650) 473-2600
Facsimile: (650) 473-2601

*Attorneys for [24]7.ai, Inc., and 24/7 Customer International Holdings, Ltd.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| LivePerson, Inc.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>[24]7.ai, Inc.,<br><br>　　　　　　Defendant. | Case No. 4:17-cv-01268-JST<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE FOR THE PARTIES' MOTIONS FOR POST-TRIAL RELIEF** |

WHEREAS, on August 27, 2021 the parties filed a Joint Stipulation and [Proposed] Order Regarding [24]7's Motion for Post-Trial Relief, in which plaintiff LivePerson, Inc. ("LivePerson") stated its intention to file motions seeking pre-judgment and post-judgment interest and a permanent injunction, and in which defendant [24]7.ai, Inc. ("[24]7") stated its intention to seek relief under Rule 50 and Rule 59 (Dkt. 812);

WHEREAS, on August 31, 2021 the Court entered its Order Re: Post-Trial Briefing ordering LivePerson to file a consolidated motion and related briefing for pre-judgment and post-judgment interest and a permanent injunction and ordering [24]7 to file its motion for post-trial relief on or before August 31, 2021 and its supporting memorandum of points and authorities on or before September 3, 2021 (Dkt. 813);

WHEREAS, on August 31, 2021 defendant [24]7.ai, Inc. ("[24]7") filed a Motion for Post-Trial Relief (Dkt. 815) and on September 3, 2021 filed its brief in support of that motion (Dkt. 818);

WHEREAS, on August 31, 2021 LivePerson filed Motions for Post-Trial Relief of Pre-Judgment and Post-Judgment Interest and Permanent Injunction (Dkt. 816) and on September 3, 2021 filed its brief in support of those Motions (Dkt. 819);

WHEREAS, on September 7, 2021 the Court issued an Order setting the deadline for LivePerson and [24]7 to file their oppositions to the other party's respective Motions for Post-Trial Relief on October 15, 2021 and setting the deadline for the parties to file their replies on November 5, 2021 (Text Entry, Sep. 7, 2021);

WHEREAS, the parties are continuing to negotiate matters concerning the Post-Trial Motions, including the terms of a potential stipulated injunction to be entered in this case, which would resolve the need for the Court to decide that issue, and need more time to finalize these negotiations and prepare their respective oppositions;

1    WHEREAS, the parties agree that a mutual, five (5) day extension of time to the

2    parties' post-trial briefing schedule regarding [24]7's Motion for Post-Trial Relief (Dkt.

3    815) and LivePerson's Motions for Post-Trial Relief of Pre-Judgment and Post-Judgment

4    Interest and Permanent Injunction (Dkt. 816) (collectively, the "Post-Trial Motions") is

5

6    appropriate to permit the parties more time to complete negotiations potentially

7    streamlining the post-trial briefing and issues to be decided by the Court;

8        **WHEREFOR, IT IS HEREBY STIPULATED AND AGREED** by and between

9    the undersigned counsel that the parties' respective oppositions to the Post-Trial Motions

10   should be filed on or before October 20, 2021, and the parties' respective replies in

11   support of the Post-Trial Motions should be filed on or before November 10, 2021.

12

13

14        **Respectfully submitted,**

15   Dated:  October 14, 2021          KIRKLAND & ELLIS LLP

16                                     By:      */s/ Benjamin A. Herbert*
17                                              Benjamin A. Herbert

18                                     Attorneys for LivePerson, Inc.

19   Dated:  October 14, 2021          O'MELVENY & MYERS LLP

20

21                                     By:      */s/ Geoffrey H. Yost*
                                                Geoffrey H. Yost
22

23                                     Attorneys for [24]7.ai, Inc. and 24/7 Customer
                                       International Holdings, Ltd.

24

25

26

27

28

JOINT STIP. EXTENDING BRIEFING FOR
                                       THE PARTIES' MOTS. FOR POST-TRIAL
                                       RELIEF 4:17-CV-01268-JST

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION**

Pursuant to Local Rule 5-1(i)(3) I hereby attest that concurrence in the filing of this document has been obtained from Benjamin A. Herbert.

By:     */s/ Geoffrey H. Yost*
        Geoffrey H. Yost

Attorneys for Defendant
[24]7.ai, Inc.

JOINT STIP. EXTENDING BRIEFING FOR
THE PARTIES' MOTS. FOR POST-TRIAL
RELIEF 4:17-CV-01268-JST

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, with respect to [24]7's Motion for Post-Trial Relief (Dkt. 815), LivePerson's opposition shall be filed on or before October 20, 2021, and [24]7's reply shall be filed on or before November 10, 2021.

With respect to LivePerson's Motions for Post-Trial Relief of Pre-Judgment and Post-Judgment Interest and Permanent Injunction (Dkt. 816), [24]7's opposition shall be filed on or before October 20, 2021, and LivePerson's reply shall be filed on or before November 10, 2021.

IT IS SO ORDERED.

Dated: _____

_____
Hon. Jon S. Tigar
United States District Judge

JOINT STIP. EXTENDING BRIEFING FOR
THE PARTIES' MOTS. FOR POST-TRIAL
RELIEF 4:17-CV-01268-JST