UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVEPERSON, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>[24]7.AI, INC.,<br><br>　　　　　Defendant. | Case No. 17-cv-01268-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF Nos. 814, 815, 816 |

Before the Court are three motions: a joint motion to alter judgment, ECF No. 814, Defendant 24[7].ai, Inc.'s motion for post-trial relief, ECF No. 815, and Plaintiff Liveperson, Inc.'s motion for post-trial relief of pre-judgment and post-judgment interest, ECF No. 816. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds these matters suitable for disposition without oral argument. The hearing on these matters, currently scheduled for December 9, 2021, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: November 29, 2021



JON S. TIGAR
United States District Judge