| | |
|---|---|
| 1 | Michael W. De Vries (S.B.N. 211001) |
| 2 | KIRKLAND & ELLIS, LLP<br>555 South Flower Street |
| 3 | Los Angeles, CA 90071<br>Telephone: (213) 680-8400 |
| 4 | Email:  michael.devries@kirkland.com |
| 5 | Sharre S. Lotfollahi (S.B.N. 258913)<br>KIRKLAND & ELLIS, LLP |
| 6 | 2049 Century Park East<br>Los Angeles, CA 90067 |
| 7 | Telephone: (310) 552-4200<br>Email:  sharre.lotfollahi@kirkland.com |
| 8 | Adam R. Alper (S.B.N. 196834) |
| 9 | KIRKLAND & ELLIS, LLP<br>555 California Street |
| 10 | San Francisco, CA 94104<br>Telephone: (415) 439-1400 |
| 11 | Email:  adam.alper@kirkland.com |
| 12 | Joshua L. Simmons (admitted *pro hac vice*)<br>KIRKLAND & ELLIS, LLP |
| 13 | 601 Lexington Ave.<br>New York, NY 10022 |
| 14 | Telephone: (212) 446-4800<br>Email:  joshua.simmons@kirkland.com |
| 15 | *Attorneys for Plaintiff LivePerson, Inc.* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | | |
|---|---|---|
| LIVEPERSON, INC., | | Case No. 4:17-CV-01268-JST (KAW) |
| | Plaintiff, | **NOTICE OF WITHDRAWAL OF SAM BLAKE AS COUNSEL** |
| v. | | |
| [24]7.ai, INC. | | |
| | Defendant. | |

Kirkland & Ellis LLP, counsel of record for LivePerson, Inc. hereby notices the Court and the Parties that Sam Blake will no longer be involved in this matter.

Pursuant to Local Rule 5.1(c)(2)(C), Kirkland & Ellis respectfully request the withdrawal of the appearance of Sam Blake.  The remaining attorneys who have appeared from Kirkland & Ellis LLP will continue to represent LivePerson, Inc. in this matter.

Dated: May 26, 2023

Respectfully submitted,

  /s/ Sharre Lotfollahi
Michael W. De Vries (S.B.N. 211001)
KIRKLAND & ELLIS, LLP
555 South Flower Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Email:  michael.devries@kirkland.com

Sharre S. Lotfollahi (S.B.N. 258913)
KIRKLAND & ELLIS, LLP
2049 Century Park East
Los Angeles, CA 90067
Telephone: (310) 552-4200
Email:  sharre.lotfollahi@kirkland.com

Adam R. Alper (S.B.N. 196834)
KIRKLAND & ELLIS, LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Email:  adam.alper@kirkland.com

Joshua L. Simmons (admitted *pro hac vice*)
KIRKLAND & ELLIS, LLP
601 Lexington Ave.
New York, NY 10022
Telephone: (212) 446-4800
Email:  joshua.simmons@kirkland.com

*Attorneys for Plaintiff LivePerson, Inc.*