| | |
|---|---|
| Michael W. De Vries (State Bar No. 211001)<br>michael.devries@kirkland.com<br>KIRKLAND & ELLIS, LLP<br>555 South Flower Street<br>Los Angeles, CA 90071<br>Telephone: (213) 680-8400<br>Facsimile: (213) 680-8500<br><br>Sharre S. Lotfollahi (State Bar No. 258913)<br>sharre.lotfollahi@kirkland.com<br>KIRKLAND & ELLIS, LLP<br>2049 Century Park East<br>Los Angeles, CA 90067<br><br>Adam R. Alper (State Bar No. 196834)<br>adam.alper@kirkland.com<br>KIRKLAND & ELLIS, LLP<br>555 California Street<br>San Francisco, CA 94104<br><br>Joshua L. Simmons (pro hac vice)<br>joshua.simmons@kirkland.com<br>KIRKLAND & ELLIS, LLP<br>601 Lexington Ave.<br>New York, NY 10169<br><br>*Attorneys for LivePerson, Inc.* | John V. Picone III, Bar No. 187226<br>jpicone@hopkinscarley.com<br>Jennifer S. Coleman, Bar No. 213210<br>jcoleman@hopkinscarley.com<br>Michael W.M. Manoukian, Bar No. 308121<br>mmanoukian@hopkinscarley.com<br>HOPKINS & CARLEY<br>A Law Corporation<br>The Letitia Building<br>70 South First Street<br>San Jose, CA 95113-2406<br><br>*mailing address:*<br>P.O. Box 1469<br>San Jose, CA 95109-1469<br>Telephone: (408) 286-9800<br>Facsimile: (408) 998-4790<br><br>*Attorneys for Defendant [24]7.ai, Inc.* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| [24]7.ai, INC. AND 24/7 CUSTOMER INTERNATIONAL HOLDINGS, LTD.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>LIVEPERSON, INC.,<br><br>　　　　　　　Defendant. | Case No. 4:15-CV-02897-JST (KAW) (lead)<br>Case No. 4:15-CV-05585-JST (KAW)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FURTHER MODIFYING SCHEDULING ORDER** |
| LIVEPERSON, INC.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>[24]7.ai, INC.<br><br>　　　　　　　Defendant. | Case No. 4:17-CV-01268-JST |

JOINT STIPULATION AND [PROPOSED] ORDER
FURTHER MODIFYING SCHEDULING ORDER
4866-5400-2278.1

CASE NOS. 4:17-CV-01268-JST;
4:15-CV-02897-JST (KAW); 4:15-CV-05585-JST
(KAW)

## STIPULATION AND PROPOSED ORDER

Pursuant to Local Rules 6-1, 6-2, and 7-12, LivePerson, Inc. ("LivePerson") and [24]7.ai, Inc. and 24/7 Customer International Holdings, Ltd. (collectively "[24]7"), subject to the Court's approval and order, hereby jointly move the Court to further modify the current Scheduling Order.

On October 18, 2022, the Court issued a scheduling order setting October 23, 2023 as the date for the trial in the patent case. Dkt. 238. The scheduling order also rescheduled the deadline for opening expert reports to January 9, 2023 and the deadline for rebuttal expert reports to February 3, 2023. *Id.*

On April 11, 2023, the Court issued the current scheduling order rescheduling the deadlines remaining in the litigation ("Current Scheduling Order"). Dkt. 254. The parties hereby request that the deadlines set forth in the Current Scheduling Order be modified as set forth below due to two (2) of [24]7's experts being unavailable for deposition until the end of June due – one due to a health issue and the other due to another engagement outside of the country.

Rescheduling these deadlines will not impact the trial deadlines currently set. Accordingly, and good cause appearing, the parties respectfully request that the Court enter the proposed schedule (proposed new deadlines highlighted in yellow):

| Event | Current Deadline | Joint Proposal[1] |
|---|---|---|
| Close of expert discovery for the patent case | May 26, 2023 | June 30, 2023 |
| Last day to file motions to compel expert discovery for the patent case | June 1, 2023 | July 7, 2023 |
| Deadline for dispositive and *Daubert* motions in the patent case | June 8, 2023 | July 28, 2023 |
| Deadline for dispositive motions in the second trade secret case | June 15, 2023 | August 7, 2023 |
| Deadline for oppositions to dispositive and *Daubert* motions for the patent case | June 22, 2023 | August 25, 2023 |
| Deadline for oppositions to dispositive motions in the second trade secret case | June 29, 2023 | September 8, 2023 |

---

[1] Counsel to [24]7 has the following dates blocked off for previously scheduled trials and pre-paid vacations as follows, which is why [24]7 proposed the schedule above: i) May 14, 2023 – May 20, 2023; ii) June 6, 2023 – June 20, 2023; iii) August 3, 2023 – August 18, 2023; iv) November 14 - 28, 2023; v) December 1, 2023; vi) December 15, 2023 – December 29, 2023; and vii) February 12, 2024 – February 26, 2024.

| | | |
|---|---|---|
| Deadline for replies supporting dispositive and *Daubert* motions for the patent case | June 29, 2023 | September 11, 2023 |
| Deadline for replies supporting dispositive motions in the second trade secret case | July 6, 2023 | September 13, 2023 |
| Joint pretrial statement for the patent case | August 17, 2023 | September 20, 2023 |
| Deadline for *limine* motions for the patent case | September 21, 2023 | September 27, 2023 |
| Deadline for oppositions to *limine* motions for the patent case | October 5, 2023 | October 11, 2023 |
| Pretrial conference for the patent case | October 20, 2023 | No Change |
| Parties to deliver three sets of pre-marked exhibits to the Courtroom Deputy for patent trial | November 13, 2023 | No Change |
| Patent trial | November 27, 2023, at 8:00 a.m. | No Change |
| Deadline for *Daubert* motions covering issues to be addressed in the second trade secret trial | February 22, 2024 | No Change |
| Deadline for oppositions to *Daubert* motions covering issues to be addressed in the second trade secret trial | March 7, 2024 | No Change |
| Deadline for replies supporting dispositive motions and *Daubert* motions covering issues to be addressed in the second trade secret trial | March 21, 2024 | No Change |
| Joint pretrial statement for the second trade secret trial | May 31, 2024 | No Change |
| Deadline for *limine* motions for the second trade secret trial | May 17, 2024 | No Change |
| Deadline for oppositions to *limine* motions for the second trade secret trial | May 31, 2024 | No Change |
| Pretrial conference for the second trade secret trial | June 14, 2024 | No Change |
| Parties to deliver three sets of pre-marked exhibits to the Courtroom Deputy for the second trade secret trial | July 8, 2024 | No Change |
| Second trade secret trial | July 15, 2024, at 8:00 a.m. | No Change |

/ / /

/ / /

/ / /

|   |   |
|---|---|
| Respectfully submitted, | |
| Dated: May 26, 2023 | KIRKLAND & ELLIS LLP |
| | By: /s/ Sharre S. Lotfollahi |
| | Sharre S. Lotfollahi |
| | Attorneys for LivePerson, Inc. |
| Dated: May 26, 2023 | HOPKINS & CARLEY ALC |
| | By: /s/ John V. Picone III |
| | John V. Picone III |
| | Attorneys for [24]7.ai, Inc. |

**ATTESTATION:** Pursuant to Local Rule 5-1(i)(3) I hereby attest that concurrence in the filing of this document has been obtained from Sharre S. Lotfollahi.

By:     */s/ John V. Picone III*
          John V. Picone III

**[PROPOSED] ORDER**

Good cause appearing, the proposed deadlines set forth in the Joint Stipulation and [Proposed] Order Further Modifying Scheduling Order and reflected therein are adopted by the Court.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 30, 2023

_____
Hon. Jon S. Tigar
United States District Judge